# EXHIBIT C



US010469934B2

(12) **United States Patent**
Koss et al.

(10) Patent No.: **US 10,469,934 B2**
(45) Date of Patent: **\*Nov. 5, 2019**

(54) **SYSTEM WITH WIRELESS EARPHONES**

(71) Applicant: **Koss Corporation**, Milwaukee, WI (US)

(72) Inventors: **Michael J. Koss**, Milwaukee, WI (US); **Michael J. Pelland**, Princeton, WI (US); **Michael Sagan**, Fairfield, CA (US); **Steven R. Reckamp**, Crystal Lake, IL (US); **Gregory J. Hallingstad**, Deforest, WI (US); **Jeffery K. Bovee**, Sterling, IL (US); **Morgan J. Lowery**, Deforest, WI (US)

(73) Assignee: **KOSS CORPORATION**, Milwaukee, WI (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/375,879**

(22) Filed: **Apr. 5, 2019**

(65) **Prior Publication Data**

US 2019/0238970 A1 Aug. 1, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/182,927, filed on Nov. 7, 2018, which is a continuation of application
(Continued)

(51) **Int. Cl.**
**H04R 1/10** (2006.01)
**H04M 1/02** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............. **H04R 1/1041** (2013.01); **H03G 3/02** (2013.01); **H03K 17/9622** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............................ H04R 2201/107; H04R 3/00
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,734,685 A 7/1998 Stanford et al.
6,006,115 A 12/1999 Wingate

FOREIGN PATENT DOCUMENTS

JP 2004-320597 11/2004
JP 2008-67258 A 3/2008
(Continued)

OTHER PUBLICATIONS

Supplementary European Search Report for European Application No. 09731146.8 dated Jun. 10, 2011, 7 pages.
(Continued)

*Primary Examiner* — Kiet M Doan
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

Apparatus comprises adapter and speaker system. Adapter is configured to plug into port of personal digital audio player. Speaker system is in communication with adapter, and comprises multiple acoustic transducers, programmable processor circuit, and wireless communication circuit. In first operational mode, processor circuit receives, via adapter, and processes digital audio content from personal digital audio player into which adapter is plugged, and the multiple acoustic transducers output the received audio content from the personal digital audio player. In second operational mode, wireless communication circuit receives digital audio content from a remote digital audio source over a wireless network, processor circuit processes the digital audio content received from remote digital audio source, and the multiple acoustic transducers output the audio content received from the remote digital audio source.

**62 Claims, 16 Drawing Sheets**



### Related U.S. Application Data

No. 15/962,305, filed on Apr. 25, 2018, now Pat. No. 10,206,025, which is a continuation of application No. 15/650,362, filed on Jul. 14, 2017, now Pat. No. 9,986,325, which is a continuation of application No. 15/293,785, filed on Oct. 14, 2016, now Pat. No. 9,729,959, which is a continuation of application No. 15/082,040, filed on Mar. 28, 2016, now Pat. No. 9,497,535, which is a continuation of application No. 14/695,696, filed on Apr. 24, 2015, now Pat. No. 9,438,987, which is a continuation of application No. 13/609,409, filed on Sep. 11, 2012, now Pat. No. 9,049,502, which is a continuation of application No. 13/459,291, filed on Apr. 30, 2012, now Pat. No. 8,571,544, which is a continuation of application No. 12/936,488, filed as application No. PCT/US2009/039754 on Apr. 7, 2009, now Pat. No. 8,190,203.

(60) Provisional application No. 61/123,265, filed on Apr. 7, 2008.

(51) **Int. Cl.**

| | |
|---|---|
| *H04R 5/033* | (2006.01) |
| *H04R 5/04* | (2006.01) |
| *H03K 17/96* | (2006.01) |
| *H04W 4/80* | (2018.01) |
| *H04R 3/00* | (2006.01) |
| *H04W 48/20* | (2009.01) |
| *H03G 3/02* | (2006.01) |
| *H04R 1/02* | (2006.01) |
| *H04H 20/95* | (2008.01) |
| *H04L 29/12* | (2006.01) |
| *H04R 25/00* | (2006.01) |
| *H04W 84/18* | (2009.01) |
| *H04W 84/12* | (2009.01) |

(52) **U.S. Cl.**
CPC ......... *H04H 20/95* (2013.01); *H04L 61/6068* (2013.01); *H04M 1/0254* (2013.01); *H04R 1/02* (2013.01); *H04R 1/1091* (2013.01); *H04R 3/00* (2013.01); *H04R 5/033* (2013.01); *H04R 5/04* (2013.01); *H04W 4/80* (2018.02); *H04W 48/20* (2013.01); *H03K 2217/960785* (2013.01); *H04R 25/554* (2013.01); *H04R 2201/103* (2013.01); *H04R 2201/107* (2013.01); *H04R 2225/55* (2013.01); *H04R 2420/07* (2013.01); *H04W 84/12* (2013.01); *H04W 84/18* (2013.01)

(58) **Field of Classification Search**
USPC ..... 455/466, 41.2, 556.1, 421, 569.1, 575.2, 455/553.1; 381/58, 312, 309, 74; 700/94
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,389,463 B2 | 5/2002 | Bolas | |
| 6,671,494 B1 | 12/2003 | James | |
| 6,674,864 B1 | 1/2004 | Kitamura | |
| 6,792,091 B2 | 9/2004 | Lemchen et al. | |
| 6,937,712 B2 | 8/2005 | Lemchen et al. | |
| 7,003,515 B1 | 2/2006 | Glaser | |
| 7,027,311 B2 | 4/2006 | Vanderelli | |
| 7,095,455 B2 | 8/2006 | Jordan | |
| 7,099,370 B2 | 8/2006 | Takahashi | |
| 7,120,388 B2 | 10/2006 | Hall | |
| 7,139,585 B2 | 11/2006 | Hachimura et al. | |
| 7,266,390 B2 | 9/2007 | Mathews | |
| 7,337,027 B2 | 2/2008 | Nishiguchi et al. | |
| 7,467,021 B2 | 12/2008 | Yuen | |
| 7,512,414 B2 | 3/2009 | Jannard et al. | |
| 7,599,679 B2 | 10/2009 | Awiszus | |
| 7,650,168 B2 | 1/2010 | Bailey | |
| 7,680,490 B2 | 3/2010 | Bloebaum et al. | |
| 7,697,899 B2 | 4/2010 | Rofougaran | |
| 7,734,055 B2 | 6/2010 | Chiloyan | |
| 7,764,775 B2 | 7/2010 | Tarkoff et al. | |
| 7,805,210 B2 | 9/2010 | Cucos | |
| 7,861,312 B2 | 12/2010 | Lee et al. | |
| 7,962,482 B2 | 6/2011 | Handman | |
| 8,023,663 B2 | 9/2011 | Goldberg | |
| 8,027,638 B2 | 9/2011 | Sanguino | |
| 8,055,007 B2 | 11/2011 | Kim | |
| 8,073,137 B2 | 12/2011 | Weinans et al. | |
| 8,086,281 B2 | 12/2011 | Rabu et al. | |
| 8,102,836 B2 | 1/2012 | Jerlhagen | |
| 8,190,203 B2 | 5/2012 | Pelland et al. | |
| 8,295,516 B2 | 10/2012 | Kondo et al. | |
| 8,335,312 B2 | 12/2012 | Gerhardt et al. | |
| 8,401,202 B2 | 3/2013 | Brooking | |
| 8,478,880 B2 | 7/2013 | Finkelstein et al. | |
| 8,483,755 B2 | 7/2013 | Kumar | |
| 8,553,865 B2 | 10/2013 | Menard et al. | |
| 8,571,544 B2 | 10/2013 | Pelland et al. | |
| 8,655,420 B1 | 2/2014 | Pelland et al. | |
| 8,792,945 B2 | 7/2014 | Russell et al. | |
| 9,049,502 B2 | 6/2015 | Pelland et al. | |
| 9,497,535 B1 | 11/2016 | Koss et al. | |
| 9,729,959 B2 | 8/2017 | Koss et al. | |
| 2003/0182003 A1 | 9/2003 | Takashima | |
| 2004/0107271 A1 | 6/2004 | Ahn et al. | |
| 2005/0064853 A1 | 3/2005 | Radpour | |
| 2005/0136839 A1 | 6/2005 | Seshadri et al. | |
| 2005/0198233 A1 | 9/2005 | Manchester | |
| 2006/0083388 A1 | 4/2006 | Rothschild | |
| 2006/0206487 A1 | 9/2006 | Harada | |
| 2006/0212442 A1 | 9/2006 | Conrad | |
| 2006/0212444 A1 | 9/2006 | Handman et al. | |
| 2006/0238878 A1 | 10/2006 | Miyake | |
| 2006/0268830 A1 | 11/2006 | Evans | |
| 2007/0008984 A1 | 1/2007 | Phillips | |
| 2007/0037615 A1 | 2/2007 | Glezerman | |
| 2007/0049198 A1 | 3/2007 | Walsh et al. | |
| 2007/0053543 A1 | 3/2007 | Lee | |
| 2007/0136446 A1* | 6/2007 | Rezvani ............... H04B 7/0871 709/219 |
| 2007/0165875 A1 | 7/2007 | Rezvani | |
| 2007/0253603 A1 | 11/2007 | Kimura et al. | |
| 2007/0297618 A1 | 12/2007 | Nurmi et al. | |
| 2008/0019557 A1 | 1/2008 | Bevirt et al. | |
| 2008/0031470 A1 | 2/2008 | Angelhag | |
| 2008/0062939 A1 | 3/2008 | Van Horn | |
| 2008/0076489 A1 | 3/2008 | Rosener et al. | |
| 2008/0194209 A1 | 8/2008 | Haupt et al. | |
| 2008/0215777 A1 | 9/2008 | Richenstein et al. | |
| 2008/0226094 A1 | 9/2008 | Rutschman | |
| 2008/0242312 A1 | 10/2008 | Paulson et al. | |
| 2008/0298606 A1 | 12/2008 | Johnson et al. | |
| 2008/0311852 A1 | 12/2008 | Hansen et al. | |
| 2009/0029743 A9* | 1/2009 | Lair .................... H04M 1/6066 455/569.1 |
| 2009/0116678 A1 | 5/2009 | Bevirt et al. | |
| 2009/0129605 A1 | 5/2009 | Camp et al. | |
| 2009/0248178 A1 | 10/2009 | Paulson et al. | |
| 2010/0290642 A1 | 11/2010 | Haseagawa | |
| 2011/0275323 A1* | 11/2011 | Goldman ............... H04M 1/04 455/41.2 |
| 2013/0039510 A1 | 2/2013 | Pelland et al. | |
| 2013/0099507 A1 | 4/2013 | Moriya et al. | |
| 2015/0237439 A1 | 8/2015 | Koss et al. | |
| 2017/0318378 A1 | 11/2017 | Koss et al. | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

2018/0249240 A1    8/2018   Koss et al.
2019/0075390 A1    3/2019   Koss et al.

FOREIGN PATENT DOCUMENTS

WO    WO 2009/086555 A1    7/2000
WO    WO 2006/047724 A2    5/2006
WO    WO 2007/136620 A2    11/2007
WO    WO 2007/139578 A1    12/2007
WO    WO 2008/033478 A1    3/2008
WO    WO 2008/054985 A2    5/2008

OTHER PUBLICATIONS

International Search Report for International Application No. PCT/US09/39754 dated Jun. 11, 2009, 2 pages.
International Preliminary Examination Report for International Application No. PCT/US09/39754 dated Oct. 28, 2010, 8 pages.
Written Opinion of the international Searching Authority for International Application No. PCT/US09/39754 dated Jun. 11, 2009, 5 pages.
IT Review, "LTB 802.11 WiFi Headphones", http://itreview.belproject.com/item/1536 accessed on Mar. 13, 2008 (4 pages).

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 1C



FIG. 1D



FIG. 1E



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

# SYSTEM WITH WIRELESS EARPHONES

## PRIORITY CLAIM

The present application claims priority as a continuation to U.S. nonprovisional patent application Ser. No. 16/182, 927, filed Nov. 7, 2018, which is a continuation of U.S. nonprovisional patent application Ser. No. 15/962,305, filed Apr. 25, 2018, now U.S. Pat. No. 10,206,025, which is a continuation of U.S. nonprovisional patent application Ser. No. 15/650,362, filed Jul. 14, 2017, now U.S. Pat. No. 9,986,325, issued May 29, 2018, which is a continuation of U.S. nonprovisional patent application Ser. No. 15/293,785, filed Oct. 14, 2016, now U.S. Pat. No. 9,729,959, issued Aug. 8, 2017, which is a continuation of U.S. nonprovisional patent application Ser. No. 15/082,040, filed Mar. 28, 2016, now U.S. Pat. No. 9,497,535, issued Nov. 15, 2016, which is a continuation of U.S. nonprovisional patent application Ser. No. 14/695,696, filed Apr. 24, 2015, now U.S. Pat. No. 9,438,987, issued on Sep. 6, 2016, which is a continuation of U.S. nonprovisional patent application Ser. No. 13/609, 409, filed Sep. 11, 2012, now U.S. Pat. No. 9,049,502, issued Jun. 2, 2015, which is a continuation of U.S. nonprovisional patent application Ser. No. 13/459,291, filed Apr. 30, 2012, now U.S. Pat. No. 8,571,544, issued Oct. 29, 2013, which is a continuation of U.S. patent application Ser. No. 12/936, 488, filed Dec. 20, 2010, now U.S. Pat. No. 8,190,203, issued May 29, 2012, which is a national stage entry of PCT/US2009/039754, filed Apr. 7, 2009, which claims priority to U.S. provisional patent application Ser. No. 61/123,265, filed Apr. 7, 2008, all of which are incorporated herein by reference in their entireties.

## CROSS-REFERENCE TO RELATED APPLICATIONS

U.S. nonprovisional patent application Ser. No. 14/031, 938, filed Sep. 13, 2013, now U.S. Pat. No. 8,655,420, issued Feb. 18, 2014, is also a continuation of U.S. nonprovisional patent application Ser. No. 13/609,409, filed Sep. 11, 2012, now U.S. Pat. No. 9,049,502, mentioned above.

## BACKGROUND

Digital audio players, such as MP3 players and iPods, that store and play digital audio files, are very popular. Such devices typically comprise a data storage unit for storing and playing the digital audio, and a headphone set that connects to the data storage unit, usually with a ¼" or a 3.5 mm jack and associated cord. Often the headphones are in-ear type headphones. The cord, however, between the headphones and the data storage unit can be cumbersome and annoying to users, and the length of the cord limits the physical distance between the data storage unit and the headphones. Accordingly, some cordless headphones have been proposed, such as the Monster iFreePlay cordless headphones from Apple Inc., which include a docking port on one of the earphones that can connect directly to an iPod Shuffle. Because they have the docking port, however, the Monster iFreePlay cordless headphones from Apple are quite large and are not in-ear type phones. Recently, cordless headphones that connect wirelessly via IEEE 802.11 to a WLAN-ready laptop or personal computer (PC) have been proposed, but such headphones are also quite large and not in-ear type phones.

## SUMMARY

In one general aspect, the present invention is directed to a wireless earphone that comprises a transceiver circuit for receiving streaming audio from a data source, such as a digital audio player or a computer, over an ad hoc wireless network. When the data source and the earphone are out of range via the ad hoc wireless network, they may transition automatically to a common infrastructure wireless network (e.g., a wireless LAN). If there is no common infrastructure wireless network for the data source and the earphone, the earphone may connect via an available infrastructure wireless network to a host server. The host server may, for example, broadcast streaming audio to the earphone and/or transmit to the earphone a network address (e.g., an Internet Protocol (IP) address) for a network-connected content server that streams digital audio. The earphone may then connect to the content server using the IP address. The content server may be an Internet radio server, including, for example, an Internet radio server that broadcasts streaming audio from the data source or some other content.

These and other advantageous, unique aspects of the wireless earphone are described below.

## FIGURES

Various embodiments of the present invention are described herein by way of example in conjunction with the following figures, wherein:

FIGS. 1A-1E are views of a wireless earphone according to various embodiments of the present invention;

FIGS. 2A-2D illustrate various communication modes for a wireless earphone according to various embodiments of the present invention;

FIG. 3 is a block diagram of a wireless earphone according to various embodiments of the present invention;

FIGS. 4A-4B show the wireless earphone connected to another device according to various embodiments of the present invention;

FIG. 5 is a diagram of a process implemented by a host server according to various embodiments of the present invention;

FIG. 6 is a diagram of a process implemented by the wireless earphone to transition automatically between wireless networks according to various embodiments of the present invention;

FIGS. 7, 8 and 10 illustrate communication systems involving the wireless earphone according to various embodiments of the present invention;

FIG. 9 is a diagram of a headset including a wireless earphone and a microphone according to various embodiments of the present invention; and

FIG. 11 is a diagram of a pair of wireless earphones with a dongle according to various embodiments of the present invention.

## DESCRIPTION

In one general aspect, the present invention is directed to a wireless earphone that receives streaming audio data via ad hoc wireless networks and infrastructure wireless networks, and that transitions seamlessly between wireless networks. The earphone may comprise one or more in-ear, on-ear, or over-ear speaker elements. Two exemplary in-ear earphone shapes for the wireless earphone 10 are shown in FIGS. 1A and 1B, respectively, although in other embodiments the earphone may take different shapes and the exemplary shapes shown in FIGS. 1A and 1B are not intended to be limiting. In one embodiment, the earphone transitions automatically and seamlessly, without user intervention, between communication modes. That is, the earphone may

transition automatically from an ad hoc wireless network to an infrastructure wireless network, without user intervention. As used herein, an "ad hoc wireless network" is a network where two (or more) wireless-capable devices, such as the earphone and a data source, communicate directly and wirelessly, without using an access point. An "infrastructure wireless network," on the other hand, is a wireless network that uses one or more access points to allow a wireless-capable device, such as the wireless earphone, to connect to a computer network, such as a LAN or WAN (including the Internet).

FIGS. 1A and 1B show example configurations for a wireless earphone 10 according to various embodiments of the present invention. The examples shown in FIGS. 1A and 1B are not limiting and other configurations are within the scope of the present invention. As shown in FIGS. 1A and 1B, the earphone 10 may comprise a body 12. The body 12 may comprise an ear canal portion 14 that is inserted in the ear canal of the user of the earphone 10. In various embodiments, the body 12 also may comprise an exterior portion 15 that is not inserted into user's ear canal. The exterior portion 15 may comprise a knob 16 or some other user control (such as a dial, a pressure-activated switch, lever, etc.) for adjusting the shape of the ear canal portion 14. That is, in various embodiments, activation (e.g. rotation) of the knob 16 may cause the ear canal portion 14 to change shape so as to, for example, radially expand to fit snugly against all sides of the user's ear canal. Further details regarding such a shape-changing earbud earphone are described in application PCT/US08/88656, filed 31 Dec. 2008, entitled "Adjustable Shape Earphone," which is incorporated herein by reference in its entirety. The earphone 10 also may comprise a transceiver circuit housed within the body 12. The transceiver circuit, described further below, may transmit and receive the wireless signals, including receive streaming audio for playing by the earphone 10. The transceiver circuit may be housed in the exterior portion 15 of the earphone 10 and/or in the ear canal portion 14.

Although the example earphones 10 shown in FIGS. 1A and 1B include a knob 16 for adjusting the shape of the ear canal portion 14, the present invention is not so limited, and in other embodiments, different means besides a knob 16 may be used to adjust the ear canal portion 14. In addition, in other embodiments, the earphone 10 may not comprise a shape-changing ear canal portion 14.

In various embodiments, the user may wear two discrete wireless earphones 10: one in each ear. In such embodiments, each earphone 10 may comprise a transceiver circuit. In such embodiments, the earphones 10 may be connected by a string or some other cord-type connector to keep the earphones 10 from being separated.

In other embodiments, as shown in FIG. 1C, a headband 19 may connect the two (left and right) earphones 10. The headband 19 may be an over-the-head band, as shown in the example of FIG. 1C, or the headband may be a behind-the-head band. In embodiments comprising a headband 19, each earphone 10 may comprise a transceiver circuit; hence, each earphone 10 may receive and transmit separately the wireless communication signals. In other embodiments comprising a headband 19, only one earphone 10 may comprise the transceiver circuit, and a wire may run along the headband 19 to the other earphone 10 to connect thereby the transceiver circuit to the acoustic transducer in the earphone that does not comprise the transceiver circuit. The embodiment shown in FIG. 1C comprises on-ear earphones 10; in other embodiments, in-ear or over-ear earphones may be used.

In other embodiments, the earphone 10 may comprise a hanger bar 17 that allows the earphone 10 to clip to, or hang on, the user's ear, as shown in the illustrated embodiment of FIGS. 1D-1E. FIG. 1D is a perspective view of the earphone and FIG. 1E is a side view according to one embodiment. As shown in the illustrated embodiment, the earphone 10 may comprise dual speaker elements 106-A, 106-B. One of the speaker elements (the smaller one) 106-A is sized to fit into the cavum concha of the listener's ear and the other element (the larger one) 106-B is not. The listener may use the hanger bar to position the earphone on the listener's ear. In that connection, the hanger bar may comprise a horizontal section that rests upon the upper external curvature of the listener's ear behind the upper portion of the auricula (or pinna). The earphone may comprise a knurled knob that allows the user to adjust finely the distance between the horizontal section of the hanger bar and the speaker elements, thereby providing, in such embodiments, another measure of adjustability for the user. More details regarding such a dual element, adjustable earphone may be found in U.S. provisional patent application Ser. No. 61/054,238, which is incorporated herein by reference in its entirety.

FIGS. 2A-2D illustrate various communication modes for a wireless data communication system involving the earphone 10 according to embodiments of the present invention. As shown in FIG. 2A, the system comprises a data source 20 in communication with the earphone 10 via an ad hoc wireless network 24. The earphone 10, via its transceiver circuit (described in more detail below), may communicate wirelessly with a data source 20, which may comprise a wireless network adapter 22 for transmitting the digital audio wirelessly. For example, the data source 20 may be a digital audio player (DAP), such as an mp3 player or an iPod, or any other suitable digital audio playing device, such as a laptop or personal computer, that stores and/or plays digital audio files. In other embodiments, the data source 20 may generate analog audio, and the wireless network adapter 22 may encode the analog audio into digital format for transmission to the earphone 10.

The wireless network adapter 22 may be an integral part of the data source 20, or it may be a separate device that is connected to the data source 20 to provide wireless connectivity for the data source 20. For example, the wireless network adapter 22 may comprise a wireless network interface card (WNIC) or other suitable transceiver that plugs into a USB port or other port or jack of the data source 20 (such as a TRS connector) to stream data, e.g., digital audio files, via a wireless network (e.g., the ad hoc wireless network 24 or an infrastructure wireless network). The digital data transmitted from the data source 20 to the earphone 10 via the wireless networks may comprise compressed or uncompressed audio. Any suitable file format may be used for the audio, including mp3, lossy or lossless WMA, Vorbis, Musepack, FLAC, WAV, AIFF, AU, or any other suitable file format.

When in range, the data source 20 may communicate with the earphone 10 via the ad hoc wireless network 24 using any suitable wireless communication protocol, including Wi-Fi (e.g., IEEE 802.11a/b/g/n), WiMAX (IEEE 802.16), Bluetooth, Zigbee, UWB, or any other suitable wireless communication protocol. For purposes of the description to follow, it is assumed that the data source 20 and the earphone 10 communicate using a Wi-Fi protocol, although the invention is not so limited and other wireless communication protocols may be used in other embodiments of the invention. The data source 20 and the earphone 10 are considered in range for the ad hoc wireless network 24 when the signal

strengths (e.g., the RSSI) of the signals received by the two devices are above a threshold minimum signal strength level. For example, the data source 20 and the earphone 10 are likely to be in range for an ad hoc wireless network when then are in close proximity, such as when the wearer of the earphone 10 has the data source 20 on his/her person, such as in a pocket, strapped to their waist or arm, or holding the data source in their hand.

When the earphone 10 and the data source 20 are out of range for the ad hoc wireless network 24, that is, when the received signals degrade below the threshold minimum signal strength level, both the earphone 10 and the data source 20 may transition automatically to communicate over an infrastructure wireless network (such as a wireless LAN (WLAN) 30 that is in the range of both the earphone 10 and the data source 20, as shown in FIG. 2B. The earphone 10 and the data source 20 (e.g., the wireless network adapter 22) may include firmware, as described further below, that cause the components to make the transition to a common infrastructure wireless network 30 automatically and seamlessly, e.g., without user intervention. The earphone 10 may cache the received audio in a buffer or memory for a time period before playing the audio. The cached audio may be played after the connection over the ad hoc wireless network is lost to give the earphone 10 and the data source 20 time to connect via the infrastructure wireless network.

For example, as shown in FIG. 2B, the infrastructure network may comprise an access point 32 that is in the range of both the data source 20 and the earphone 10. The access point 32 may be an electronic hardware device that acts as a wireless access point for, and that is connected to, a wired and/or wireless data communication network 33, such as a LAN or WAN, for example. The data source 20 and the earphone 10 may both communicate wirelessly with the access point 32 using the appropriate network data protocol (a Wi-Fi protocol, for example). The data source 20 and the earphone 10 may both transition automatically to an agreed-upon WLAN 30 that is in the range of both devices when they cannot communicate satisfactorily via the ad hoc wireless network 24. A procedure for specifying an agreed-upon infrastructure wireless network 30 is described further below. Alternatively, the infrastructure wireless network 30 may have multiple access points 32a-b, as shown in FIG. 2C. In such an embodiment, the data source 20 may communicate wirelessly with one access point 32b and the earphone 10 may communicate wirelessly with another access point 32a of the same infrastructure wireless network 30. Again, the data source 20 and the earphone 10 may transition to an agreed-upon WLAN.

If there is no suitable common infrastructure wireless network over which the earphone 10 and the data source 20 can communicate, as shown in FIG. 2D, the earphone 10 may transition to communicate with an access point 32a for an available (first) wireless network (e.g., WLAN) 30a that is in the range of the earphone 10. In this mode, the earphone 10 may connect via the wireless network 30a to a network-enabled host server 40. The host server 40 may be connected to the wireless network 30a via an electronic data communication network 42, such as the Internet. In one mode, the host server 40 may transmit streaming digital audio via the networks 33a, 42 to the earphone 10. In another mode, the host server 40 may transmit to the earphone 10 a network address, such as an Internet Protocol (IP) address, for a streaming digital audio content server 70 on the network 42. Using the received IP address, the earphone 10 may connect to the streaming digital audio content server 70 via the

networks 30a, 42 to receive and process digital audio from the streaming digital audio content server 70.

The digital audio content server 70 may be, for example, an Internet radio station server. The digital audio content server 70 may stream digital audio over the network 42 (e.g., the Internet), which the earphone 10 may receive and process. In one embodiment, the streaming digital audio content server 70 may stream digital audio received by the streaming digital audio content server 70 from the data source 20. For example, where the data source 20 is a wireless-capable device, such as a portable DAP, the data source 20 may connect to the streaming digital audio content server 70 via a wireless network 30b and the network 42. Alternatively, where for example the data source 20 is non-wireless-capable device, such as a PC, the data source 20 may have a direct wired connection to the network 42. After being authenticated by the streaming digital audio content server 70, the data source 20 may stream digital audio to the streaming digital audio content server 70, which may broadcast the received digital audio over the network 42 (e.g., the Internet). In such a manner, the user of the earphone 10 may listen to audio from the data source 20 even when (i) the earphone 10 and the data source 20 are not in communication via an ad hoc wireless network 24 and (ii) the earphone 10 and the data source 20 are not in communication via a common local infrastructure wireless network 30.

FIG. 3 is a block diagram of the earphone 10 according to various embodiments of the present invention. In the illustrated embodiment, the earphone 10 comprises a transceiver circuit 100 and related peripheral components. As shown in FIG. 3, the peripheral components of the earphone 10 may comprise a power source 102, a microphone 104, one or more acoustic transducers 106 (e.g., speakers), and an antenna 108. The transceiver circuit 100 and some of the peripheral components (such as the power source 102 and the acoustic transducers 106) may be housed within the body 12 of the earphone 10 (see FIG. 1). Other peripheral components, such as the microphone 104 and the antenna 108 may be external to the body 12 of the earphone 10. In addition, some of the peripheral components, such as the microphone 104, are optional in various embodiments.

In various embodiments, the transceiver circuit 100 may be implemented as a single integrated circuit (IC), such as a system-on-chip (SoC), which is conducive to miniaturizing the components of the earphone 10, which is advantageous if the earphone 10 is to be relatively small in size, such as an in-ear earphone (see FIGS. 1A-1B for example). In alternative embodiments, however, the components of the transceiver circuit 100 could be realized with two or more discrete ICs or other components, such as separate ICs for the processors, memory, and RF (e.g., Wi-Fi) module, for example.

The power source 102 may comprise, for example, a rechargeable or non-rechargeable battery (or batteries). In other embodiments, the power source 102 may comprise one or more ultracapacitors (sometimes referred to as superca-pacitors) that are charged by a primary power source. In embodiments where the power source 102 comprises a rechargeable battery cell or an ultracapacitor, the battery cell or ultracapacitor, as the case may be, may be charged for use, for example, when the earphone 10 is connected to a docking station or computer. The docking station may be connected to or part of a computer device, such as a laptop computer or PC. In addition to charging the rechargeable power source 102, the docking station and/or computer may facilitate downloading of data to and/or from the earphone

**10.** In other embodiments, the power source **102** may comprise capacitors passively charged with RF radiation, such as described in U.S. Pat. No. 7,027,311. The power source **102** may be coupled to a power source control module **103** of transceiver circuit **100** that controls and monitors the power source **102**.

The acoustic transducer(s) **106** may be the speaker element(s) for conveying the sound to the user of the earphone **10**. According to various embodiments, the earphone **10** may comprise one or more acoustic transducers **106**. For embodiments having more than one transducer, one transducer may be larger than the other transducer, and a crossover circuit (not shown) may transmit the higher frequencies to the smaller transducer and may transmit the lower frequencies to the larger transducer. More details regarding dual element earphones are provided in U.S. Pat. No. 5,333,206, assigned to Koss Corporation, which is incorporated herein by reference in its entirety.

The antenna **108** may receive and transmit the wireless signals from and to the wireless networks **24**, **30**. A RF (e.g., Wi-Fi) module **110** of the transceiver circuit **100** in communication with the antenna **108** may, among other things, modulate and demodulate the signals transmitted from and received by the antenna **108**. The RF module **110** communicates with a baseband processor **112**, which performs other functions necessary for the earphone **10** to communicate using the Wi-Fi (or other communication) protocol.

The baseband processor **112** may be in communication with a processor unit **114**, which may comprise a microprocessor **116** and a digital signal processor (DSP) **118**. The microprocessor **116** may control the various components of the transceiver circuit **100**. The DSP **114** may, for example, perform various sound quality enhancements to the digital audio received by the baseband processor **112**, including noise cancellation and sound equalization. The processor unit **114** may be in communication with a volatile memory unit **120** and a non-volatile memory unit **122**. A memory management unit **124** may control the processor unit's access to the memory units **120**, **122**. The volatile memory **122** may comprise, for example, a random access memory (RAM) circuit. The non-volatile memory unit **122** may comprise a read only memory (ROM) and/or flash memory circuits. The memory units **120**, **122** may store firmware that is executed by the processor unit **114**. Execution of the firmware by the processor unit **114** may provide various functionality for the earphone **10**, such as the automatic transition between wireless networks as described herein. The memory units **120**, **122** may also cache received digital audio.

A digital-to-analog converter (DAC) **125** may convert the digital audio from the processor unit **114** to analog form for coupling to the acoustic transducer(s) **106**. An I²S interface **126** or other suitable serial or parallel bus interface may provide the interface between the processor unit **114** and the DAC **125**. An analog-to-digital converter (ADC) **128**, which also communicates with the I²S interface **126**, may convert analog audio signals picked up by the microphone **104** for processing by the processor unit **114**.

The transceiver circuit **100** also may comprise a USB or other suitable interface **130** that allows the earphone **10** to be connected to an external device via a USB cable or other suitable link. As shown in FIG. **4A**, the external device may be a docking station **200** connected to a computer device **202**. Also, in various embodiments, the earphone **10** could be connected directly to the computer **202** without the docking station **200**. In addition, the external device may be a DAP **210**, as shown in FIG. **4B**. In that way, the earphone

**10** could connect directly to a data source **20**, such as the DAP **210** or the computer **202**, through the USB port **130**. In addition, through the USB port **130**, the earphone **10** may connect to a PC **202** or docking station **202** to charge up the power source **102** and/or to get downloads (e.g., data or firmware).

According to various embodiments, the earphone **10** may have an associated web page that a user may access through the host server **40** (see FIG. **2D**) or some other server. An authenticated user could log onto the website from a client computing device **50** (e.g., laptop, PC, handheld computer device, etc., including the data source **20**) (see FIG. **2D**) to access the web page for the earphone **10** to set various profile values for the earphone **10**. For example, at the web site, the user could set various content features and filters, as well as adjust various sound control features, such as treble, bass, frequency settings, noise cancellation settings, etc. In addition, the user could set preferred streaming audio stations, such as preferred Internet radio stations or other streaming audio broadcasts. That way, instead of listening to streaming audio from the data source **20**, the user could listen to Internet radio stations or other streaming audio broadcasts received by the earphone **10**. In such an operating mode, the earphone user, via the web site, may prioritize a number of Internet radio stations or other broadcast sources (hosted by streaming digital audio content servers **70**). With reference to FIG. **7**, the host server **40** may send the IP address for the earphone user's desired (e.g., highest priority) Internet radio station to the earphone **10**. A button **11** on the earphone **10**, such as on the rotating dial **16** as shown in the examples of FIGS. **1A** and **1B**, may allow the user to cycle through the preset preferred Internet radio stations. That is, for example, when the user presses the button **11**, an electronic communication may be transmitted to the host server **40** via the wireless network **30**, and in response to receiving the communication, the host server **40** may send the IP address for the user's next highest rated Internet radio station via the network **42** to the earphone **10**. The earphone **10** may then connect to the streaming digital audio content server **70** for that Internet radio station using the IP address provided by the host server **40**. This process may be repeated, e.g., cycled through, for each preset Internet radio station configured by the user of the earphone **10**.

At the web site for the earphone **10** hosted on the host server **40**, in addition to establishing the identification of digital audio sources (e.g., IDs for the user's DAP or PC) and earphones, the user could set parental or other user controls. For example, the user could restrict certain Internet radio broadcasts based on content or parental ratings, etc. That is, for example, the user could configure a setting through the web site that prevents the host server **40** from sending an IP address for a streaming digital audio content server **70** that broadcasts explicit content based on a rating for the content. In addition, if a number of different earphones **10** are registered to the same user, the user could define separate controls for the different earphones **10** (as well as customize any other preferences or settings particular to the earphones **10**, including Internet radio stations, sound quality settings, etc. that would later be downloaded to the earphones **10**). In addition, in modes where the host server **40** streams audio to the earphone **10**, the host server **40** may log the files or content streamed to the various earphones **10**, and the user could view at the web site the files or content that were played by the earphones **10**. In that way, the user could monitor the files played by the earphones **10**.

In addition, the host server **40** may provide a so-called eavesdropping function according to various embodiments. The eavesdropping service could be activated via the web site. When the service is activated, the host server **40** may transmit the content that it is delivering to a first earphone **10**a to another, second earphone **10**b, as shown in FIG. **8**. Alternatively, the host server **40** may transmit to the second earphone **10**b the most recent IP address for a streaming digital audio content server **70** that was sent to the first earphone **10**a. The second earphone **10**b may then connect to the streaming digital audio content server **70** that the first earphone **10**a is currently connected. That way, the user of the second earphone **10**b, which may be a parent, for example, may directly monitor the content being received by the first earphone **10**a, which may belong to a child of the parent.

This function also could be present in the earphones **10** themselves, allowing a parent (or other user) to join an ad-hoc wireless network and listen to what their child (or other listener) is hearing. For example, with reference to FIG. **10**, a first earphone **10**a may receive wireless audio, such as from the data source **20** or some other source, such as the host server **40**. The first earphone **10**a may be programmed with firmware to broadcast the received audio to a second earphone **10**b via an ad hoc wireless network **24**. That way, the wearer of the second earphone **10**b can monitor in real-time the content being played by the first earphone **10**a.

At the web site, the user may also specify the identification number ("ID") of their earphone(s) **10**, and the host server **40** may translate the ID to the current internet protocol (IP) addresses for the earphone **10** and for the data source **20**. This allows the user to find his or her data source **20** even when it is behind a firewall or on a changing IP address. That way, the host server **40** can match the audio from the data source **20** to the appropriate earphone **10** based on the specified device ID. The user also could specify a number of different data sources **20**. For example, the user's DAP may have one specified IP address and the user's home (or work) computer may have another specified IP address. Via the web site hosted by the host server **40**, the user could specify or prioritize from which source (e.g., the user's DAP or computer) the earphone **10** is to receive content.

The host server **40** (or some other server) may also push firmware upgrades and/or data updates to the earphone **10** using the IP addresses of the earphone **10** via the networks **30**, **42**. In addition, a user can download the firmware upgrades and/or data updates from the host server **40** to the client computing device **202** (see FIG. **4**A) via the Internet, and then download the firmware upgrades and/or data updates to the earphone **10** when the earphone **10** is connected to the client computer device **202** (such as through a USB port and/or the docking station **200**).

Whether the downloads are transmitted wirelessly to the earphone **10** or via the client computing device **202** may depend on the current data rate of the earphone **10** and the quantity of data to be transmitted to the earphone **10**. For example, according to various embodiments, as shown in the process flow of FIG. **5**, the host server **40** may be programmed, at step **50**, to make a determination, based on the current data rate for the earphone **10** and the size of the update, whether the update should be pushed to the earphone **10** wirelessly (e.g., via the WLAN **30**a in FIG. **2**D). If the update is too large and/or the current data rate is too low that the performance of the earphone **10** will be adversely affected, the host server **40** may refrain from pushing the update to the earphone **10** wirelessly and wait instead to

download the update to the client computing device **202** at step **51**. Conversely, if the host server **40** determines that, given the size of the update and the current data rate for the earphone **10** that the performance of the earphone **10** will not be adversely affected, the host server **40** may transmit the update wirelessly to the earphone **10** at step **52**.

As mentioned above, the processor unit **114** of the speakerphones **14** may be programmed, via firmware stored in the memory **120**, **122**, to have the ability to transition automatically from the ad hoc wireless network **24** to an infrastructure wireless network **30** (such as a WLAN) when the quality of the signal on the ad hoc wireless network **24** degrades below a suitable threshold (such as when the data source **20** is out of range for an ad hoc wireless network). In that case, the earphone **10** and the data source **20** may connect to a common infrastructure wireless network (e.g., WLAN) (see, for example, FIGS. **2**B-**2**C). Through the web site for the earphone **10**, described above, the user could specify a priority of infrastructure wireless networks **30** for the data source **20** and the earphone **10** to connect to when the ad hoc wireless network **24** is not available. For example, the user could specify a WLAN servicing his/her residence first, a WLAN servicing his/her place of employment second, etc. During the time that the earphone **10** and the data source **20** are connected via the ad hoc wireless network **24**, the earphone **10** and the data source **20** may exchange data regarding which infrastructure wireless networks are in range. When the earphone **10** and the data source **20** are no longer in range for the ad hoc wireless network **24** (that is, for example, the signals between the device degrade below an acceptable level), they may both transition automatically to the highest prioritized infrastructure wireless network whose signal strength is above a certain threshold level. That way, even though the earphone **10** and the data source **20** are out of range for the ad hoc wireless network **24**, the earphone **10** may still receive the streaming audio from the data source **20** via the infrastructure wireless network **30** (see FIGS. **2**B-**2**C).

When none of the preferred infrastructure networks is in range, the earphone **10** may connect automatically to the host server **40** via an available infrastructure wireless network **30** (see FIG. **2**D), e.g., the infrastructure wireless network **30** having the highest RSSI and to which the earphone **10** is authenticated to use. The host server **40**, as mentioned above, may transmit IP addresses to the earphone **10** for streaming digital audio content servers **70** or the host sever **40** may stream digital audio to the earphone **10** itself when in this communication mode.

FIG. **6** is a diagram of the process flow, according to one embodiment, implemented by the transceiver circuit **100** of the earphone **10**. The process shown in FIG. **6** may be implemented in part by the processor unit **114** executing firmware stored in a memory unit **120**, **122** of the transceiver circuit **100**. At step **61**, the earphone **10** may determine if it can communicate with the data source **20** via an ad hoc wireless network **24**. That is, the earphone **10** may determine if the strength of the wireless signals from the data source **20** exceed some minimum threshold. If so, the data source **20** and the earphone **10** may communicate wirelessly via the ad hoc wireless network **24** (see FIG. **2**A). While in this communication mode, at step **62**, the data source **20** and the earphone **10** also may exchange data regarding the local infrastructure wireless networks, if any, in the range of the data source **20** and the earphone **10**, respectively. For example, the earphone **10** may transmit the ID of local infrastructure wireless networks **30** that the earphone **10** can detect whose signal strength (e.g., RSSI) exceeds some

minimum threshold level. Similarly, the data source 20 may transmit the ID the local infrastructure wireless networks 30 that the data source 20 can detect whose signal strength (e.g., RSSI) exceeds some minimum threshold level. The earphone 10 may save this data in a memory unit 120, 122. Similarly, the data source 20 may store in memory the wireless networks that the earphone 10 is detected.

The data source 20 and the earphone 10 may continue to communicate via the ad hoc wireless network mode 24 until they are out of range (e.g., the signal strengths degrade below a minimum threshold level). If an ad hoc wireless network 24 is not available at block 61, the transceiver circuit 100 and the data source 20 may execute a process, shown at block 63, to connect to the user's highest prioritized infrastructure wireless network 30. For example, of the infrastructure wireless networks whose signal strength exceeded the minimum threshold for both the earphone 10 and the data source 20 determined at step 62, the earphone 10 and the data source 20 may both transition to the infrastructure wireless network 30 having the highest priority, as previously set by the user (seen FIGS. 2B-2C, for example). For example, if the user's highest prioritized infrastructure wireless network 30 is not available, but the user's second highest prioritized infrastructure wireless network 30 is, the earphone 10 and the data source 20 may both transition automatically to the user's second highest prioritized infrastructure wireless network 30 at block 64. As shown by the loop with block 65, the earphone 10 and the data source 20 may continue to communicate via one of the user's prioritized infrastructure wireless networks 30 as long as the infrastructure wireless network 30 is available. If the infrastructure wireless network becomes unavailable, the process may return to block 61.

If, however, no ad hoc wireless network and none of the user's prioritized infrastructure wireless networks are available, the earphone 10 may transition automatically to connect to the host server 40 at block 66 (see FIG. 2D) using an available infrastructure wireless network 30. At block 67, the host server 40 may transmit an IP address to the earphone 10 for one of the streaming digital audio content servers 70, and at block 68 the earphone 10 may connect to the streaming digital audio content server 70 using the received IP address. At step 69, as long as the earphone 10 is connected to the streaming digital audio content server 70, the earphone 10 may continue to communicate in this mode. However, if the earphone 10 loses its connection to the digital audio content server 70, the process may return to block 61 in one embodiment. As mentioned above, at block 67, instead of sending an IP address for a streaming digital audio content server 70, the host server 40 may stream digital audio to the earphone 10. The user, when configuring their earphone 10 preferences via the web site, may specify and/or prioritize whether the host server 40 is to send IP addresses for the streaming digital audio content servers 70 and/or whether the host server 40 is to stream audio to the earphone 10 itself.

In another embodiment, the earphone 10 may be programmed to transition automatically to the host server 40 when the earphone 10 and the data source 20 are not in communication via the ad hoc wireless network 24. That is, in such an embodiment, the earphone 10 may not try to connect via a local infrastructure wireless network 30 with the data source 20, but instead transition automatically to connect to the host server 40 (see FIG. 2D).

In various embodiments, as shown in FIG. 1B, the button 11 or other user selection device that allows the wearer of the earphone 10 to indicate approval and/or disapproval of

songs or other audio files listened to by the wearer over an Internet radio station. The approval/disapproval rating, along with metadata for the song received by the earphone 10 with the streaming audio, may be transmitted from the transceiver circuit 100 of the earphone 10 back to the host server 40, which may log the songs played as well as the ratings for the various songs/audio files. In addition to being able to view the logs at the website, the host server 40 (or some other server) may send an email or other electronic communication to the earphone user, at a user specified email address or other address, which the user might access from their client communication device 50 (see FIG. 2D). The email or other electronic communication may contain a listing of the song/audio files for which the user gave approval ratings using the button 11 or other user selection device. Further, the email or other electronic communication may provide a URL link for a URL at which the user could download song/audio files that the user rated (presumably song/audio files for which the user gave an approval rating). In some instances, the user may be required to pay a fee to download the song/audio file.

The user song ratings also may be used by the host server 40 to determine the user's musical preferences and offer new music that the user might enjoy. More details about generating user play lists based on song ratings may be found in published U.S. patent applications Pub. No. 2006/0212444, Pub. No. 2006/0206487, and Pub. No. 2006/0212442, and U.S. Pat. No. 7,003,515, which are incorporated herein by reference in their entirety.

In addition or alternatively, the user could log onto a web site hosted by the host server 40 (or some other server) to view the approval/disapproval ratings that the user made via the button 11 on the earphone 10. The web site may provide the user with the option of downloading the rated songs/audio files (for the host server 40 or some other server system) to their client computer device 50. The user could then have their earphone 10 connect to their client computer device 50 as a data source 20 via an ad hoc wireless network 24 (see FIG. 2A) or via an infrastructure wireless network (see FIGS. 2B-2D) to listen to the downloaded songs. In addition, the user could download the song files from their client computer device 50 to their DAP and listen to the downloaded song files from their DAP by using their DAP as the data source 20 in a similar manner.

Another application of the headsets may be in vehicles equipped with Wi-Fi or other wireless network connectivity. Published PCT application WO 2007/136620, which is incorporated herein by reference, discloses a wireless router for providing a Wi-Fi or other local wireless network for a vehicle, such as a car, truck, boat, bus, etc. In a vehicle having a Wi-Fi or other local wireless network, the audio for other media systems in the vehicle could be broadcast over the vehicle's wireless network. For example, if the vehicle comprises a DVD player, the audio from the DVD system could be transmitted to the router and broadcast over the vehicle's network. Similarly, the audio from terrestrial radio stations, a CD player, or an audio cassette player could be broadcast over the vehicle's local wireless network. The vehicle's passengers, equipped with the earphones 10, could cycle through the various audio broadcasts (including the broadcasts from the vehicle's media system as well as broadcasts from the host server 40, for example) using a selection button 11 on the earphone 10. The vehicle may also be equipped with a console or terminal, etc., through which a passenger could mute all of the broadcasts for direct voice communications, for example.

As described above, the earphones 10 may also include a microphone 104, as shown in the example of FIG. 9. The headset 90 shown in FIG. 9 includes two earphones 10, both of which may include a transceiver circuit 100 or only one of which may include the transceiver circuit, as discussed above. The microphone 104 could be used to broadcast communications from one earphone wearer to another earphone wearer. For example, one wearer could activate the microphone by pressing a button 92 on the headset 90. The headset 90 may then transmit a communication via an ad hoc wireless network 24 or other wireless network to a nearby recipient (or recipients) equipped with a headset 90 with a transceiver circuit 100 in one or both of the earphones 10. When such communication is detected by the recipient's headset 90, the streaming audio received over the wireless network by the recipient's headset 90 may be muted, and the intercom channel may be routed to the transducer(s) of the recipient's headset 90 for playing for the recipient. This functionality may be valuable and useful where multiple wearers of the headsets 90 are in close proximity, such as on motorcycles, for example.

Another exemplary use of the earphones 10 is in a factory, warehouse, construction site, or other environment that might be noisy. Persons (e.g., workers) in the environment could use the earphones 10 for protection from the surrounding noise of the environment. From a console or terminal, a person (e.g., a supervisor) could select a particular recipient for a communication over the Wi-Fi network (or other local wireless network). The console or terminal may have buttons, dials, or switches, etc., for each user/recipient, or it could have one button or dial through which the sender could cycle through the possible recipients. In addition, the console or terminal could have a graphical user interface, through which the sender may select the desired recipient(s).

As mentioned above, the earphones 10 may comprise a USB port. In one embodiment, as shown in FIG. 11, the user may use an adapter 150 that connects to the USB port of each earphone 10. The adapter 150 may also have a plug connector 152, such as a 3.5 mm jack, which allows the user to connect the adapter 150 to devices having a corresponding port for the connector 152. When the earphones 10 detect a connection via their USB interfaces in such a manner, the Wi-Fi (or other wireless protocol) components may shut down or go into sleep mode, and the earphones 10 will route standard headphone level analog signals to the transducer(s) 106. This may be convenient in environments where wireless communications are not permitted, such as airplanes, but where there is a convenient source of audio contact. For example, the adapter 150 could plug into a person's DAP. The DSP 118 of the earphone 10 may still be operational in such a non-wireless mode to provide noise cancellation and any applicable equalization.

The examples presented herein are intended to illustrate potential and specific implementations of the embodiments. It can be appreciated that the examples are intended primarily for purposes of illustration for those skilled in the art. No particular aspect of the examples is/are intended to limit the scope of the described embodiments.

According to various embodiments, therefore, the present invention is directed to an earphone 10 that comprises a body 12, where the body 12 comprises: (i) at least one acoustic transducer 106 for converting an electrical signal to sound; (ii) an antenna 108; and (iii) a transceiver circuit 100 in communication with the at least one acoustic transducer 106 and the antenna 108. The transceiver circuit 100 is for receiving and transmitting wireless signals via the antenna 108, and the transceiver circuit 100 is for outputting the

electrical signal to the at least one acoustic transducer 106. The wireless transceiver circuit also comprises firmware, which when executed by the transceiver circuit, causes the transceiver circuit to: (i) receive digital audio wirelessly from a data source 20 via an ad hoc wireless network 24 when the data source 20 is in wireless communication range with the earphone 10 via the ad hoc wireless network 24; and (ii) when the data source 20 is not in wireless communication range with the earphone 10 via the ad hoc wireless network 24, transition automatically to receive digital audio via an infrastructure wireless network 30.

According to various implementations, the data source may comprise a portable digital audio player, such as an MP3 player, iPod, or laptop computer, or a nonportable digital audio player, such as a personal computer. In addition, the transceiver circuit 100 may comprise: (i) a wireless communication module 110 (such as a Wi-Fi or other wireless communication protocol module); (ii) a processor unit 114 in communication with the wireless communication module 110; (iii) a non-volatile memory unit 122 in communication with the processor unit 114; and (iv) a volatile memory 120 unit in communication with the processor unit 114. The infrastructure wireless network may comprise a WLAN. The transceiver circuit 100 may receive digital audio from the data source 20 via the infrastructure wireless network 30 when the data source 20 is not in wireless communication range with the earphone 10 via the ad hoc wireless network 24. The transceiver circuit firmware, when executed by the transceiver circuit 100, may cause the transceiver circuit 100 of the earphone 10 to transition automatically to a pre-set infrastructure wireless network 30 that the data source 20 transitions to when the data source 20 is not in wireless communication range with the earphone 10 via the ad hoc wireless network 24 and when the pre-set infrastructure wireless network 30 is in range of both the earphone 10 and the data source 20. In addition, the transceiver circuit firmware, when executed by the transceiver circuit 100, may cause the transceiver circuit 100 of the earphone 10 to transmit data via the ad hoc wireless network 24 to the data source 20 regarding one or more infrastructure wireless networks 30 detected by the transceiver circuit 100 when the earphone 10 and the data source 20 are communicating via the ad hoc wireless network 24.

In addition, the transceiver circuit firmware, when executed by the transceiver circuit 100, may cause the transceiver circuit 100 of the earphone 10 to connect to a host server 40 via an available infrastructure wireless network 30 when the data source 20 is not in wireless communication range with the earphone 10 via the ad hoc wireless network 24. The earphone 10 may receive streaming digital audio from the host server 40 via the infrastructure wireless network 30. In addition, the earphone 10 may receive a first network address for a first streaming digital audio content server 70 from the host server 40 via the infrastructure wireless network 30. In addition, the earphone 10 may comprise a user control, such as button 11, dial, pressure switch, or other type of user control, that, when activated, causes the earphone 10 to transmit an electronic request via the infrastructure wireless network 30 to the host server 40 for a second network address for a second streaming digital audio content server 70.

In other embodiments, the present invention is directed to a system that comprises: (i) a data source 20 for wirelessly transmitting streaming digital audio; and (ii) a wireless earphone 10 that is in wireless communication with the data source 20. In yet other embodiments, the present invention is directed to a communication system that comprises: (i) a

host server **40**; (ii) a first streaming digital audio content server **70** that is connected to the host server **40** via a data network **42**; and (iii) a wireless earphone **10** that is in communication with the host server **40** via a wireless network **30**. The host server **40** is programmed to transmit to the earphone **10** a first network address for the first streaming digital audio content server **70** on the data network **42**. The host server **40** and the streaming digital audio content server(s) **70** each may comprise one or more processor circuits and one or more memory circuits (e.g., ROM circuits and/or RAM circuits).

In yet another embodiment, the present invention is directed to a headset that comprises: (i) a first earphone **10a** that comprises one or more acoustic transducers **10b** for converting a first electrical signal to sound; and (ii) a second earphone **10b**, connected to the first earphone **10a**, wherein the second earphone **10b** comprises one or more acoustic transducers **10b** for converting a second electrical signal to sound. In one embodiment, the first earphone **10a** comprises: (i) a first antenna **108**; and (ii) a first transceiver circuit **100** in communication with the one or more acoustic transducers **106** of the first earphone **10a** and in communication with the first antenna **108**. The first transceiver circuit **100** is for receiving and transmitting wireless signals via the first antenna **108**, and for outputting the first electrical signal to the one or more acoustic transducers **10b** of the first earphone **10a**. The first transceiver circuit **100** also may comprise firmware, which when executed by the first transceiver circuit **100**, causes the first transceiver circuit **100** to: (i) receive digital audio wirelessly from a data source **20** via an ad hoc wireless network **24** when the data source **20** is in wireless communication range with the first earphone **10a** via the ad hoc wireless network **24**; and (ii) when the data source **20** is not in wireless communication range with the first earphone **10a** via the ad hoc wireless network **24**, transition automatically to receive digital audio via an infrastructure wireless network **30**.

In various implementations, the headset further may comprise a head band **19** that is connected to the first and second earphones **10**. In addition, the headset **19** further may comprise a microphone **104** having an output connected to the first transceiver circuit **100**. In one embodiment, the first transceiver circuit **100** is for outputting the second electrical signal to the one or more acoustic transducers **106** of the second earphone **10b**. In another embodiment, the second earphone **10b** comprises: (i) a second antenna **108**; and (ii) a second transceiver circuit **100** in communication with the one or more acoustic transducers **106** of the second earphone **10b** and in communication with the second antenna **108**. The second transceiver circuit **100** is for receiving and transmitting wireless signals via the second antenna **108**, and for outputting the second electrical signal to the one or more acoustic transducers **106** of the second earphone **10b**. The second transceiver circuit **100** may comprise firmware, which when executed by the second transceiver circuit **100**, causes the second transceiver circuit **100** to: (i) receive digital audio wirelessly from the data source **20** via the ad hoc wireless network **24** when the data source **20** is in wireless communication range with the second earphone **10b** via the ad hoc wireless network **24**; and (ii) when the data source **20** is not in wireless communication range with the second earphone **10b** via the ad hoc wireless network **24**, transition automatically to receive digital audio via the infrastructure wireless network **30**.

In addition, according to various embodiments, the first earphone **10a** may comprise a first data port and the second earphone **10b** may comprise a second data port. In addition,

the headset may further comprise an adapter or dongle **150** connected to the first data port of the first earphone **10a** and to the second data port of the second earphone **10b**, wherein the adapter **150** comprises an output plug connector **152** for connecting to a remote device.

In addition, according to other embodiments, the present invention is directed to a method that comprises the steps of: (i) receiving, by a wireless earphone, via an ad hoc wireless network, digital audio from a data source when the data source is in wireless communication with the earphone via the ad hoc wireless network; (ii) converting, by the wireless earphone, the digital audio to sound; and (iii) when the data source is not in wireless communication with the earphone, transitioning automatically, by the earphone, to receive digital audio via an infrastructure wireless network.

In various implementations, the step of transitioning automatically by the earphone to receive digital audio via an infrastructure wireless network may comprises transitioning automatically to receive digital audio from the data source via an infrastructure wireless network when the data source is not in wireless communication range with the earphone via the ad hoc wireless network. In addition, the method may further comprise the step of receiving by the wireless earphone from the data source via the ad hoc wireless network data regarding one or more infrastructure wireless networks detected by data source when the earphone and the data source are communicating via the ad hoc wireless network.

In addition, the step of transitioning automatically by the earphone to receive digital audio via an infrastructure wireless network comprises may transitioning automatically to receive digital audio from a host sever via the infrastructure wireless network when the data source is not in wireless communication range with the earphone via the ad hoc wireless network. Additionally, the step of transitioning automatically by the earphone to receive digital audio via an infrastructure wireless network may comprise: (i) receiving, by the wireless earphone via the infrastructure wireless network, from a host server connected to the infrastructure wireless network, a network address for a streaming digital audio content server; and (ii) connecting, by the wireless earphone, to the streaming digital audio content server using the network address received from the host server.

It is to be understood that the figures and descriptions of the embodiments have been simplified to illustrate elements that are relevant for a clear understanding of the embodiments, while eliminating, for purposes of clarity, other elements. For example, certain operating system details for the various computer-related devices and systems are not described herein. Those of ordinary skill in the art will recognize, however, that these and other elements may be desirable in a typical processor or computer system. Because such elements are well known in the art and because they do not facilitate a better understanding of the embodiments, a discussion of such elements is not provided herein.

In general, it will be apparent to one of ordinary skill in the art that at least some of the embodiments described herein may be implemented in many different embodiments of software, firmware and/or hardware. The software and firmware code may be executed by a processor or any other similar computing device. The software code or specialized control hardware that may be used to implement embodiments is not limiting. For example, embodiments described herein may be implemented in computer software using any suitable computer software language type. Such software may be stored on any type of suitable computer-readable medium or media, such as, for example, a magnetic or

17

optical storage medium. The operation and behavior of the embodiments may be described without specific reference to specific software code or specialized hardware components. The absence of such specific references is feasible, because it is clearly understood that artisans of ordinary skill would be able to design software and control hardware to implement the embodiments based on the present description with no more than reasonable effort and without undue experimentation.

Moreover, the processes associated with the present embodiments may be executed by programmable equipment, such as computers or computer systems and/or processors. Software that may cause programmable equipment to execute processes may be stored in any storage device, such as, for example, a computer system (nonvolatile) memory, an optical disk, magnetic tape, or magnetic disk. Furthermore, at least some of the processes may be programmed when the computer system is manufactured or stored on various types of computer-readable media.

A "computer," "computer system," "host," "host server," "server," or "processor" may be, for example and without limitation, a processor, microcomputer, minicomputer, server, mainframe, laptop, personal data assistant (PDA), wireless e-mail device, cellular phone, pager, processor, fax machine, scanner, or any other programmable device configured to transmit and/or receive data over a network. Such components may comprise: one or more processor circuits; and one more memory circuits, including ROM circuits and RAM circuits. Computer systems and computer-based devices disclosed herein may include memory for storing certain software applications used in obtaining, processing, and communicating information. It can be appreciated that such memory may be internal or external with respect to operation of the disclosed embodiments. The memory may also include any means for storing software, including a hard disk, an optical disk, floppy disk, ROM (read only memory), RAM (random access memory), PROM (programmable ROM), EEPROM (electrically erasable PROM) and/or other computer-readable media.

In various embodiments disclosed herein, a single component may be replaced by multiple components and multiple components may be replaced by a single component to perform a given function or functions. Except where such substitution would not be operative, such substitution is within the intended scope of the embodiments. Any servers described herein, such as the host server 40, for example, may be replaced by a "server farm" or other grouping of networked servers (such as server blades) that are located and configured for cooperative functions. It can be appreciated that a server farm may serve to distribute workload between/among individual components of the farm and may expedite computing processes by harnessing the collective and cooperative power of multiple servers. Such server farms may employ load-balancing software that accomplishes tasks such as, for example, tracking demand for processing power from different machines, prioritizing and scheduling tasks based on network demand and/or providing backup contingency in the event of component failure or reduction in operability.

While various embodiments have been described herein, it should be apparent that various modifications, alterations, and adaptations to those embodiments may occur to persons skilled in the art with attainment of at least some of the advantages. The disclosed embodiments are therefore intended to include all such modifications, alterations, and adaptations without departing from the scope of the embodiments as set forth herein.

18

What is claimed is:

1. A headphone assembly comprising:
first and second earphones, wherein each of the first and second earphones comprises an acoustic transducer;
an antenna for receiving wireless signals from a mobile, digital audio player via one or more ad hoc wireless communication links;
a wireless communication circuit connected to the antenna, wherein the wireless communication circuit is for receiving and transmitting wireless signals to and from the headphone assembly;
a processor;
a memory for storing firmware that is executed by the processor;
a rechargeable battery for powering the headphone assembly; and
a microphone for picking up utterances by a user of the headphone assembly; and
wherein the headphone assembly is configured to play, by the first and second earphones, digital audio content transmitted by the mobile, digital audio player via the one or more ad hoc wireless communication links;
wherein the processor is configured to, upon activation of a user-control of the headphone assembly, initiate transmission of a request to a remote, network-connected server that is in wireless communication with the mobile, digital audio player; and
wherein the headphone assembly is for receiving firmware upgrades transmitted from the remote, network-connected server.

2. The headphone assembly of claim 1, wherein:
in a first audio play mode, the first and second earphones play audio content stored on a mobile, digital audio player and transmitted to the headphone assembly from the mobile, digital audio player via the one or more ad hoc wireless communication links; and
in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server.

3. The headphone assembly of claim 2, wherein the processor is for:
processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and
transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

4. The headphone assembly of claim 3, wherein:
the mobile, digital audio player is a first digital audio source;
the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

5. The headphone assembly of claim 1, wherein the processor is for:
processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and
transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**6**. The headphone assembly of claim **5**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**7**. The headphone assembly of claim **1**, wherein upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device.

**8**. The headphone assembly of claim **1**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**9**. The headphone assembly of claim **1**, wherein the headphone assembly is for receiving firmware upgrades wirelessly.

**10**. The headphone assembly of claim **1**, wherein:

the wireless communication circuit is located in the first earphone; and

the headphone assembly further comprises a connection wire between the first and second earphones to carry the received digital audio content from the first earphone to the second earphone.

**11**. The headphone assembly of claim **10**, wherein the processor is for:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**12**. The headphone assembly of claim **11**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**13**. The headphone assembly of claim **10**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**14**. The headphone assembly of claim **10**, wherein the headphone assembly further comprises a headband, and wherein the headband carries the connection wire.

**15**. The headphone assembly of claim **1**, wherein:

in a first audio play mode, the first and second earphones play audio content stored on the mobile, digital audio

player and transmitted to the headphone assembly from the mobile, digital audio player via the one or more ad hoc wireless communication links; and

in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server.

**16**. The headphone assembly of claim **15**, wherein the processor is for:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**17**. The headphone assembly of claim **16**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**18**. The headphone assembly of claim **15**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**19**. The headphone assembly of claim **14**, wherein the processor is for:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**20**. The headphone assembly of claim **19**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**21**. The headphone assembly of claim **14**, wherein upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device.

**22**. The headphone assembly of claim **14**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**23**. The headphone assembly of claim **10**, wherein each of the first and second earphones further comprises:

an adjustable, curved hanger bar that sits upon an upper external curvature of the user's ear, behind an upper portion of an auricula of the user's ear, when the headphone assembly is worn by the user; and

a body connected to the hanger bar, wherein the earphone extends from the body into the user's ear when the headphone assembly is worn by the user.

**24**. The headphone assembly of claim **23**, wherein:

in a first audio play mode, the first and second earphones play audio content stored on the mobile, digital audio player and transmitted to the headphone assembly from the mobile, digital audio player via the one or more ad hoc wireless communication links; and

in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server.

**25**. The headphone assembly of claim **24**, wherein:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**26**. The headphone assembly of claim **25**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**27**. The headphone assembly of claim **24**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**28**. The headphone assembly of claim **23**, wherein the processor is for:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**29**. The headphone assembly of claim **28**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**30**. The headphone assembly of claim **23**, wherein upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device.

**31**. The headphone assembly of claim **23**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**32**. The headphone assembly of claim **1**, wherein:

the wireless circuit comprises first and second wireless circuits;

the first wireless circuit is in the first earphone; and

the second wireless circuit is in the second earphone.

**33**. The headphone assembly of claim **32**, wherein each of the first and second earphones comprise earbuds.

**34**. The headphone assembly of claim **33**, wherein each of the first and second earphones comprises:

a body portion that sits at least partially in an ear of the user when the headphone assembly is worn by the user; and

an elongated portion that extends from the body portion.

**35**. The headphone assembly of claim **34**, wherein at least one of the first and second earphones is charged by a docking station.

**36**. The headphone assembly of claim **35**, wherein:

in a first audio play mode, the first and second earphones play audio content stored on a mobile, digital audio player and transmitted to the headphone assembly from the mobile, digital audio player via the one or more ad hoc wireless communication links; and

in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server.

**37**. The headphone assembly of claim **36**, wherein the processor is for:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**38**. The headphone assembly of claim **36**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**39**. The headphone assembly of claim **35**, wherein the processor is for:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**40**. The headphone assembly of claim **39**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second

wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**41**. The headphone assembly of claim **34**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**42**. The headphone assembly of claim **33**, wherein each of the first and second earphones further comprises:

an adjustable, curved hanger bar that sits upon an upper external curvature of the user's ear, behind an upper portion of an auricula of the user's ear, when the headphone assembly is worn by the user; and

a body connected to the hanger bar, wherein the earphone extends from the body into the user's ear when the headphone assembly is worn by the user.

**43**. The headphone assembly of claim **42**, wherein at least one of the first and second earphones is charged by a docking station.

**44**. The headphone assembly of claim **42**, wherein:

the mobile, digital audio player is a first digital audio source;

the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**45**. The headphone assembly of claim **42**, wherein upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device.

**46**. The headphone assembly of claim **42**, wherein the headphone assembly is for receiving firmware upgrades transmitted from the remote, network-connected server.

**47**. The headphone assembly of claim **1**, wherein the headphone assembly further comprises first and second integrated circuits, wherein the first integrated circuit comprises the wireless communication circuit and the second integrated circuit, which is separate from the first integrated circuit, comprises the processor.

**48**. The headphone assembly of claim **1**, wherein each of the first and second earphones further comprises:

an adjustable, curved hanger bar that sits upon an upper external curvature of the user's ear, behind an upper portion of an auricula of the user's ear, when the headphone assembly is worn by the user; and

a body connected to the hanger bar, wherein the earphone extends from the body into the user's ear when the headphone assembly is worn by the user.

**49**. The headphone assembly of claim **1**, wherein each of the first and second earphones comprise earbuds.

**50**. The headphone assembly of claim **1**, wherein each of the first and second earphones comprise on-ear speaker elements.

**51**. The headphone assembly of claim **1**, wherein each of the first and second earphones comprise over-ear speaker elements.

**52**. The headphone assembly of claim **1**, wherein the processor comprises a digital signal processor that provides a sound quality enhancement for the audio content played by the acoustic transducers.

**53**. The headphone assembly of claim **52**, further comprising a baseband processor circuit that is in communication with the wireless communication circuit.

**54**. The headphone assembly of claim **1**, wherein each of the first and second earphones comprise:

an antenna for receiving wireless signals from the mobile, digital audio player via the one or more ad hoc wireless communication links;

a wireless communication circuit connected to the antenna, wherein the wireless communication circuit is for receiving and transmitting wireless signals to and from the headphone assembly;

a processor;

a memory for storing firmware that is executed by the processor; and

a rechargeable battery for powering the headphone assembly.

**55**. The headphone assembly of claim **54**, wherein each of the first and second earphones comprise an earbud.

**56**. The headphone assembly of claim **55**, wherein the processor of each of the first and second earphones comprises a digital signal processor that provides a sound quality enhancement for the audio content played by the acoustic transducer of the earphone.

**57**. The headphone assembly of claim **56**, wherein the processor of each of the first and second earphones comprises a baseband processor circuit that is in communication with the wireless communication circuit of the earphone.

**58**. A headphone assembly comprising:

first and second earphones, wherein each of the first and second earphones comprises an acoustic transducer; and

an antenna for receiving wireless signals from a mobile, digital audio player via one or more ad hoc wireless communication link, wherein the mobile, digital audio player is a first digital audio source;

a wireless communication circuit connected to the antenna, wherein the wireless communication circuit is for receiving and transmitting wireless signals to and from the headphone assembly;

a processor;

a rechargeable battery for powering the headphone assembly; and

a microphone for picking up utterances by a user of the headphone assembly; and

wherein the headphone assembly is configured to play, by the first and second earphones, digital audio content transmitted by the mobile, digital audio player via the one or more ad hoc wireless communication links;

wherein the processor is configured to, upon activation of a user-control of the headphone assembly, initiate transmission of a request to a remote, network-connected server that is in wireless communication with the mobile, digital audio player; and

wherein the headphone assembly transitions to play digital audio content received wirelessly from a second digital audio source via a second wireless communication link based on, at least, a signal strength level for the second wireless communication link, wherein the second digital audio source is different from the first digital audio source.

**59**. The headphone assembly of claim **58**, wherein:

in a first audio play mode, the first and second earphones play audio content stored on the mobile, digital audio player and transmitted to the headphone assembly from the mobile, digital audio player via the one or more ad hoc wireless communication links; and

in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server.

**60**. The headphone assembly of claim **59**, wherein the processor is for:

processing audible utterances by the user picked up by the microphone in response to activation of the microphone by the user; and

transmitting a communication based on the audible utterances via the one or more ad hoc wireless communication links.

**61**. The headphone assembly of claim **58**, wherein upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device.

**62**. The headphone assembly of claim **58**, wherein the headphone assembly is for receiving firmware upgrades transmitted from the remote, network-connected server.

\* \* \* \* \*