# EXHIBIT F

**Apple Infringement Chart**

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| A system comprising:<br>a mobile, digital audio player that stores digital audio content; | Apple AirPods are configured to connect to a mobile, digital audio player that stores digital audio content.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| and<br>a headphone assembly, separate from and in wireless communication with the mobile digital audio player, | Apple AirPods are a headphone assembly, separate from and in wireless communication with the mobile digital audio player.<br><br>**Two can play this song.**<br><br>With Audio Sharing,[12] you can easily share a song, podcast, or other audio stream between two sets of AirPods — each with independent volume control. If your AirPods are in their case, just bring them close to the iPhone or iPad you want to share with and connect in a tap. And if your AirPods are in your ears, bring your iPhone close to the device instead.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| wherein the headphone assembly comprises:<br>first and second earphones, wherein each of the first and second earphones comprises an acoustic transducer; | Apple AirPods include first and second earphones, wherein each of the first and second earphones comprises an acoustic transducer.<br><br>**Two can play this song.**<br><br>With Audio Sharing,[12] you can easily share a song, podcast, or other audio stream between two sets of AirPods — each with independent volume control. If your AirPods are in their case, just bring them close to the iPhone or iPad you want to share with and connect in a tap. And if your AirPods are in your ears, bring your iPhone close to the device instead.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| |  https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| an antenna for receiving wireless signals from the mobile, digital audio player via one or more ad hoc wireless communication links; | Apple AirPods include an antenna for receiving wireless signals from the mobile, digital audio player via one or more ad hoc wireless communication links. <br><br> **Wireless to the fullest.** <br><br> After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac. <br><br> https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| |  https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| a wireless communication circuit connected to the at least one antenna, wherein the at least one wireless communication circuit is for receiving and transmitting wireless signals to and from the headphone assembly; | Apple AirPods include a wireless communication circuit connected to the at least one antenna, wherein the at least one wireless communication circuit is for receiving and transmitting wireless signals to and from the headphone assembly.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/<br><br>**Performance you'll want to hear.**<br><br>Powered by the Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices,[3] and a 1.5x faster connection time for phone calls.[4] The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency.[5] So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods ||
|---|---|
|  |  https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods ||
|---|---|
| a processor; | Apple AirPods include a processor.<br><br><br><br>https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |
| a rechargeable battery for powering the headphone assembly; and | Apple AirPods include a rechargeable battery for powering the headphone assembly.<br><br>**Battery**<br><br>**AirPods**<br>Up to 5 hours of listening time with a single charge[2]<br>Up to 3 hours of talk time with a single charge[3]<br><br>**AirPods with Wireless Charging Case**<br>More than 24 hours of listening time[4]<br>Up to 18 hours of talk time[5]<br><br>15 minutes in the case provides up to 3 hours listening time[6]<br>or up to 2 hours talk time[7]<br><br>https://www.apple.com/airpods-2nd-generation/specs/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| a microphone for picking up utterances by a user of the headphone assembly; and | Apple AirPods include a microphone for picking up utterances by a user of the headphone assembly.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/specs/<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| a remote, network-connected server that is in wireless communication with the mobile, digital audio player; | Apple AirPods are configured to utilize a remote, network-connected server that is in wireless communication with the mobile, digital audio player.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods ||
|---|---|
| wherein the mobile, digital audio player is for transmitting digital audio content to the headphone assembly via the one or more ad hoc wireless communication links, such that the digital audio content received by the headphone assembly from the mobile, digital audio player is playable by the first and second earphones; | Apple AirPods are configured to connect to a mobile, digital audio player is for transmitting digital audio content to the headphone assembly via the one or more ad hoc wireless communication links, such that the digital audio content received by the headphone assembly from the mobile, digital audio player is playable by the first and second earphones.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/<br><br>**Performance you'll want to hear.**<br><br>Powered by the Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices,[3] and a 1.5x faster connection time for phone calls.[4] The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency.[5] So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.<br><br>https://www.apple.com/airpods-2nd-generation/ |

| | Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|---|
| |  https://www.apple.com/airpods-2nd-generation/ | |

| Infringement of Claim 1 of U.S. Patent No. 10,206,025 by Apple AirPods | |
|---|---|
| and<br>wherein the processor is for, upon activation of a user-control of the headphone assembly, initiating transmission of a request to the remote, network-connected server. | Apple AirPods include a processor for, upon activation of a user-control of the headphone assembly, initiating transmission of a request to the remote, network-connected server.<br><br>**Sensors**  Dual beamforming microphones<br>Dual optical sensors<br>Motion-detecting accelerometer<br>Speech-detecting accelerometer<br><br>https://www.apple.com/airpods-2nd-generation/specs/<br><br><br>https://www.apple.com/airpods-2nd-generation/ |