# EXHIBIT G

**Apple Infringement Chart**

| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod ||
|---|---|
| A system comprising: | Apple's HomePod is configured to function as a system.<br><br>**Get started**<br><br>- Make sure that your iPhone, iPad, or iPod touch is updated to the latest version of iOS.<br>- On the iOS device that you use to set up HomePod, make sure that you are signed in to iCloud with your Apple ID and have turned on iCloud Keychain. You also need to have two-factor authentication set up for your Apple ID.<br>- Check that your iOS device has Bluetooth turned on and is connected to your home Wi-Fi network.*<br>- Make sure that the Home app and Apple Music app are installed on your iOS device. If you deleted either of these apps, go to the App Store and redownload them.<br><br>https://support.apple.com/en-us/HT208241 |
| a wireless access point; | Apple's HomePod is configured to connect to a wireless access point.<br><br>**Get started**<br><br>- Make sure that your iPhone, iPad, or iPod touch is updated to the latest version of iOS.<br>- On the iOS device that you use to set up HomePod, make sure that you are signed in to iCloud with your Apple ID and have turned on iCloud Keychain. You also need to have two-factor authentication set up for your Apple ID.<br>- Check that your iOS device has Bluetooth turned on and is connected to your home Wi-Fi network.*<br>- Make sure that the Home app and Apple Music app are installed on your iOS device. If you deleted either of these apps, go to the App Store and redownload them.<br><br>https://support.apple.com/en-us/HT208241 |

| | |
|---|---|
| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod | |
| an electronic device; | Apple's HomePod is an electronic device.<br><br>**Get started**<br><br>- Make sure that your iPhone, iPad, or iPod touch is updated to the latest version of iOS.<br>- On the iOS device that you use to set up HomePod, make sure that you are signed in to iCloud with your Apple ID and have turned on iCloud Keychain. You also need to have two-factor authentication set up for your Apple ID.<br>- Check that your iOS device has Bluetooth turned on and is connected to your home Wi-Fi network.*<br>- Make sure that the Home app and Apple Music app are installed on your iOS device. If you deleted either of these apps, go to the App Store and redownload them.<br><br>https://support.apple.com/en-us/HT208241 |

- 2 -

| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod ||
|---|---|
| a mobile computer device that is in communication with the electronic device via an ad hoc wireless communication link; and | Apple's HomePod is configured to connect to a mobile computer device that is in communication with the electronic device via an ad hoc wireless communication link.<br><br>**Get started**<br>- Make sure that your iPhone, iPad, or iPod touch is updated to the latest version of iOS.<br>- On the iOS device that you use to set up HomePod, make sure that you are signed in to iCloud with your Apple ID and have turned on iCloud Keychain. You also need to have two-factor authentication set up for your Apple ID.<br>- Check that your iOS device has Bluetooth turned on and is connected to your home Wi-Fi network.*<br>- Make sure that the Home app and Apple Music app are installed on your iOS device. If you deleted either of these apps, go to the App Store and redownload them.<br><br>https://support.apple.com/en-us/HT208241<br><br>**Use the Home app and Control Center**<br>You can play and pause music playing on HomePod in the Home app. Here's how:<br>- On iPhone, iPad, or iPod touch: Open the Home app and tap HomePod.<br>- On Mac: Open the Home app and click HomePod.*<br><br>Want to do this from Control Center on your iOS device? Add the Home app to Control Center, then open Control Center and tap HomePod to quickly play and pause music.<br><br>*To use the Home app on Mac, update your Mac to macOS Mojave.<br><br>https://support.apple.com/en-us/HT208241 |

| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod ||
|---|---|
| one or more host servers that are in communication with the mobile computer device via the Internet, wherein the one or more host servers receive and store credential data for an infrastructure wireless network provided by the wireless access point, | Apple's HomePod is configured to rely upon communication between the mobile computer device and one or more host servers that are in communication with the mobile computer device via the Internet, wherein the one or more host servers receive and store credential data for an infrastructure wireless network provided by the wireless access point.<br><br>**Get started**<br>• Make sure that your iPhone, iPad, or iPod touch is updated to the latest version of iOS.<br>• On the iOS device that you use to set up HomePod, make sure that you are signed in to iCloud with your Apple ID and have turned on iCloud Keychain. You also need to have two-factor authentication set up for your Apple ID.<br>• Check that your iOS device has Bluetooth turned on and is connected to your home Wi-Fi network.\*<br>• Make sure that the Home app and Apple Music app are installed on your iOS device. If you deleted either of these apps, go to the App Store and redownload them.<br>https://support.apple.com/en-us/HT208241<br><br>iCloud Keychain remembers things, so that you don't have to. It auto-fills your information—like your Safari usernames and passwords, credit cards, Wi-Fi passwords, and social log-ins—on any device that you approve. You can also use iCloud Keychain to see your saved passwords.<br><br>https://support.apple.com/en-us/HT204085 |

| | |
|---|---|
| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod ||
| | **60 million songs never sounded so good.**<br><br>Apple Music unlocks virtually every song you can imagine.¹ Stream anything in our catalog along with music from your existing library. And friends connected to your Wi-Fi network can stream their music right to your HomePod. Don't have Apple Music? Try it free for three months and cancel anytime.<br><br>Learn more about Apple Music ›<br><br>https://www.apple.com/homepod/ |

| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod ||
|---|---|
| wherein:<br>the mobile computer device is for transmitting to the electronic device, wirelessly via the ad hoc wireless communication link between the electronic device and the mobile computer device, the credential data for the infrastructure wireless network stored by the one or more host servers; and | The mobile computing device (e.g., user's iPhone) is configured to transmit to the electronic device, wirelessly via the ad hoc wireless communication link between the electronic device and the mobile computer device, the credential data for the infrastructure wireless network stored by the one or more host servers.<br><br>**Get started**<br>- Make sure that your iPhone, iPad, or iPod touch is updated to the latest version of iOS.<br>- On the iOS device that you use to set up HomePod, make sure that you are signed in to iCloud with your Apple ID and have turned on iCloud Keychain. You also need to have two-factor authentication set up for your Apple ID.<br>- Check that your iOS device has Bluetooth turned on and is connected to your home Wi-Fi network.*<br>- Make sure that the Home app and Apple Music app are installed on your iOS device. If you deleted either of these apps, go to the App Store and redownload them.<br><br>https://support.apple.com/en-us/HT208241<br><br> iCloud Keychain remembers things, so that you don't have to. It auto-fills your information—like your Safari usernames and passwords, credit cards, Wi-Fi passwords, and social log-ins—on any device that you approve. You can also use iCloud Keychain to see your saved passwords.<br><br>https://support.apple.com/en-us/HT204085 |

- 6 -

| | |
|---|---|
| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod ||
| | To set up HomePod: <br><br>1. Plug HomePod in to power. Wait for a chime and a pulsing white light to appear on the top of HomePod.<br><br>2. Unlock your iOS device and hold it next to HomePod. Tap Set Up when it appears on your iOS device's screen.<br><br>3. Pick a room, enable Personal Requests, and transfer settings to automatically set up access to your information on iCloud, home Wi-Fi network, Apple Music, and more. If you're setting up a second HomePod in the same room, you'll see an option to use both speakers as a stereo pair.<br><br>4. When asked, center HomePod in the viewfinder on your iOS device to complete pairing. If you can't use your camera, tap Enter Passcode Manually and Siri will respond with a four-digit passcode to enter on your device.<br><br>5. Wait for HomePod to finish setup. Then Siri will greet you and give you a few examples of things you can ask.<br><br>https://support.apple.com/en-us/HT208241 |

| Infringement of Claim 1 of U.S. Patent No. 10,298,451 by Apple HomePod ||
|---|---|
| | Setting up HomePod is quick and magical. Simply plug it in and your iOS or iPadOS device will detect it. Equipped with spatial awareness, HomePod automatically tunes itself to give you optimal sound — wherever it's placed. Pair it with a second HomePod to create an unmatched stereo experience. And bring multiroom audio to your whole home with AirPlay 2.<br><br>https://www.apple.com/homepod/ |
| the electronic device is for, upon receiving the credential data for the infrastructure wireless network from the mobile computing device, connecting to the wireless access point via the infrastructure wireless network using the credential data received from the mobile computer device. | Apple's HomePod is configured to, upon receiving the credential data for the infrastructure wireless network from the mobile computing device, connecting to the wireless access point via the infrastructure wireless network using the credential data received from the mobile computer device.<br><br>**Get started**<br><br>• Make sure that your iPhone, iPad, or iPod touch is updated to the latest version of iOS.<br>• On the iOS device that you use to set up HomePod, make sure that you are signed in to iCloud with your Apple ID and have turned on iCloud Keychain. You also need to have two-factor authentication set up for your Apple ID.<br>• Check that your iOS device has Bluetooth turned on and is connected to your home Wi-Fi network.*<br>• Make sure that the Home app and Apple Music app are installed on your iOS device. If you deleted either of these apps, go to the App Store and redownload them.<br><br>https://support.apple.com/en-us/HT208241 |