# Exhibit H

# Apple Infringement Chart

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| A headphone assembly comprising: first and second earphones, | Apple AirPods comprise a first and second earphone.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods | |
|---|---|
| wherein each of the first and second earphones comprises an acoustic transducer; and | Apple AirPods include a first and second earphone, where each includes an acoustic transducer.<br>https://www.apple.com/airpods-2nd-generation/ |

| | Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods |
|---|---|
| | <br>https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| an antenna for receiving wireless signals from a mobile, digital audio player via one or more ad hoc wireless communication links; | Apple AirPods include an antenna for receiving wireless signals from a mobile, digital audio player via one or more ad hoc wireless communication link.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/<br><br><br><br>https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| a wireless communication circuit connected to the antenna, wherein the wireless communication circuit is for receiving and transmitting wireless signals to and from the headphone assembly; | Apple AirPods include a wireless communication circuit connected to the at least one antenna, wherein the at least one wireless communication circuit is for receiving and transmitting wireless signals to and from the headphone assembly.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/<br><br>**Performance you'll want to hear.**<br><br>Powered by the Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices,[3] and a 1.5x faster connection time for phone calls.[4] The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency.[5] So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| | <br>https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| a processor; | Apple AirPods include a processor.<br><br><br><br>https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |
| a memory for storing firmware that is executed by the processor; | Apple AirPods include memory for storing firmware to be executed by the processor.<br><br>https://www.macrumors.com/how-to/update-airpods/ |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| a rechargeable battery for powering the headphone assembly; and | Apple AirPods include a rechargeable battery for powering the headphone assembly. <br><br>**Battery** <br><br>**AirPods** <br>Up to 5 hours of listening time with a single charge[2] <br>Up to 3 hours of talk time with a single charge[3] <br><br>**AirPods with Wireless Charging Case** <br>More than 24 hours of listening time[4] <br>Up to 18 hours of talk time[5] <br><br>15 minutes in the case provides up to 3 hours listening time[6] or up to 2 hours talk time[7] <br><br>https://www.apple.com/airpods-2nd-generation/specs/ |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| a microphone for picking up utterances by a user of the headphone assembly; and | Apple AirPods include a microphone for picking up utterances of a user of the headphone assembly.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/specs/<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| wherein the headphone assembly is configured to play, by the first and second earphones, digital audio content transmitted by the mobile, digital audio player via the one or more ad hoc wireless communication links; | Apple AirPods are configured to play, by the first and second earphones, digital audio content transmitted by the mobile, digital audio player via the one or more ad hoc wireless communication links.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods ||
|---|---|
| wherein the processor is configured to, upon activation of a user-control of the headphone assembly, initiate transmission of a request to a remote, network-connected server that is in wireless communication with the mobile, digital audio player; and | Apple AirPods are configured to, upon activation of a user-control of the headphone assembly, initiate transmission of a request to a remote, network-connected server that is in wireless communication with the mobile, digital audio player.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/specs/<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,469,934 by Apple AirPods | |
|---|---|
| wherein the headphone assembly is for receiving firmware upgrades transmitted from the remote, network-connected server. | Apple AirPods are configured to receive firmware upgrades transmitted from the remote, network-connected server.<br><br>| About | AirPods |<br>|---|---|<br>| Manufacturer | Apple Inc. |<br>| Model Number | A1523 |<br>| Serial Number | |<br>| Firmware Version | 3.7.2 |<br>| Hardware Version | 1.0.0 |<br><br>https://www.macrumors.com/how-to/update-airpods/ |