# Exhibit I

**Apple Infringement Chart**

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| A system comprising: headphones comprising a pair of first and second wireless earphones to be worn simultaneously by a user, wherein the first and second earphones are separate such that when the headphones are worn by the user, the first and second earphones are not physically connected, wherein each of the first and second earphones comprises: | Apple's AirPods comprise a first and second wireless earphones to be worn simultaneously by a user, wherein the first and second earphones are separate such that when the headphones are worn by the user, the first and second earphones are not physically connected.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/ |

| | Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods |
|---|---|
| | <br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| a body portion that comprises: | Apple AirPods include a body portion.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| a wireless communication circuit for receiving and transmitting wireless signals; | Apple AirPods include a wireless communication circuit for receiving and transmitting wireless signals.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/<br><br>**Performance you'll want to hear.**<br><br>Powered by the Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices,[3] and a 1.5x faster connection time for phone calls.[4] The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency.[5] So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| |  https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| a processor circuit in communication with the wireless communication circuit; and | Apple AirPods include a processor circuit in communication with the wireless communication circuit.<br><br>https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |
| an ear canal portion that is inserted into an ear of the user when worn by the user; and | Apple AirPods include an ear canal portion that is inserted into an ear of the user.<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
|  |  |
| at least one acoustic transducer connected to the processor circuit; and | Apple AirPods comprise an acoustic transducer connected to the processor circuit.https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| |  https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| an elongated portion that extends away from the body portion such that the elongated portion extends downwardly when the ear canal portion is inserted in the ear of the user; | Apple AirPods include an elongated portion that extends away from the body portion such that the elongated portion extends downwardly when the ear canal portion is inserted in the ear of the user.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/ |

| | Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods |
|---|---|
| |  https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| a microphone connected to the processor circuit and for picking up utterances of a user of the headphones; | Apple AirPods include a microphone connected to the processor circuit and for picking up utterances of a user of the headphones.<br><br><br><br>https://www.apple.com/airpods-2nd-generation/specs/<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| an antenna connected to the wireless communication circuit; and | Apple AirPods include an antenna connected to the wireless communication circuit.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/ |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods |
|---|
| 
https://www.ifixit.com/Teardown/AirPods+Teardown/75578 |

| Infringement of Claim 1 of U.S. Patent No. 10,491,982 by Apple AirPods ||
|---|---|
| a rechargeable power source; and | Apple AirPods include a rechargeable power source.<br><br>**Battery**<br><br>**AirPods**<br>Up to 5 hours of listening time with a single charge[2]<br>Up to 3 hours of talk time with a single charge[3]<br><br>**AirPods with Wireless Charging Case**<br>More than 24 hours of listening time[4]<br>Up to 18 hours of talk time[5]<br>15 minutes in the case provides up to 3 hours listening time[6] or up to 2 hours talk time[7]<br><br>https://www.apple.com/airpods-2nd-generation/specs/ |
| a mobile, digital audio player that stores digital audio content and that comprises a wireless transceiver for transmitting digital audio content to the headphones via Bluetooth wireless communication links, such that each earphone receives and plays audio content received wirelessly via the Bluetooth wireless communication links from the mobile, digital audio player. | Apple AirPods are configured to connect to a mobile, digital audio player that stores digital audio content for wirelessly transmitting digital audio content to the headphones via Bluetooth wireless communication links, such that each earphone receives and plays audio content received wirelessly via the Bluetooth wireless communication links from the mobile, digital audio player.<br><br>**Wireless to the fullest.**<br><br>After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.<br><br>https://www.apple.com/airpods-2nd-generation/ |