# Exhibit J

**Apple Infringement Chart**

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| Headphones comprising: | Apple PowerBeatsPro are headphones.<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| a pair of first and second wireless earphones to be worn simultaneously by a user, wherein the first and second earphones are separate such that when the headphones are worn by the user, the first and second earphones are not physically connected, | Apple PowerBeatsPro include a pair of first and second wireless earphones to be worn simultaneously by a user, wherein the first and second earphones are separate such that when the headphones are worn by the user, the first and second earphones are not physically connected.<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| wherein each of the first and second earphones comprises:<br>a body portion; | Apple PowerBeatsPro comprise a body portion.<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| an earbud extending from the body portion that is inserted into an ear of the user when worn by the user; | Apple PowerBeatsPro includes an earbud extending from the body portion that is inserted into an ear of the user when worn by the user.<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| a curved hanger bar connected to the body portion, wherein the curved hanger bar comprises a portion that rests upon an upper external curvature of an ear of the user behind an upper portion of an auricula of the ear of the user; | Apple PowerBeatsPro includes a curved hanger bar connected to the body portion, wherein the curved hanger bar comprises a portion that rests upon an upper external curvature of an ear of the user behind an upper portion of an auricula of the ear of the user.<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| a wireless communication circuit for receiving and transmitting wireless signals; | Apple PowerBeatsPro include a wireless communication circuit for receiving and transmitting wireless signals.<br><br>**Stay connected from a distance with the new Apple H1 Chip**<br><br>Powerbeats Pro delivers a faster and more stable wireless connection to your device for extended range and fewer dropouts.[1]<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro<br><br>**Connectivity**<br><br>Apple H1 chip<br><br>Powerbeats: Class 1 Wireless Bluetooth®<br><br>Charging Case: Lightning connector<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| a processor circuit connected to the wireless communication circuit; | Apple PowerBeatsPro include a processor circuit connected to the wireless communication circuit.<br><br>**Stay connected from a distance with the new Apple H1 Chip**<br><br>Powerbeats Pro delivers a faster and more stable wireless connection to your device for extended range and fewer dropouts.[1]<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro<br><br>**Connectivity**<br><br>Apple H1 chip<br><br>Powerbeats: Class 1 Wireless Bluetooth®<br><br>Charging Case: Lightning connector<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| at least one acoustic transducer for producing audible sound from the earbud; | Apple PowerBeatsPro include at least one acoustic transducer for producing audible sound from the earbud.<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| a microphone for picking up utterances of a user of the headphones; | Apple PowerBeatsPro include a microphone for picking up utterances of a user of the headphones.<br><br>**Power through with voice control**<br><br>Hands-free controls via "Hey Siri" on iOS devices[4] and voice capability with the push of the b button on a variety of compatible devices.<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro<br><br>**Other features**<br><br>Dual beam-forming microphones<br><br>Dual optical sensors<br><br>Motion-detecting accelerometer<br><br>Speech-detecting accelerometer<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| an antenna connected to the wireless communication circuit; and | Apple PowerBeatsPro include an antenna connected to the wireless communication circuit.<br><br>**Stay connected from a distance with the new Apple H1 Chip**<br><br>Powerbeats Pro delivers a faster and more stable wireless connection to your device for extended range and fewer dropouts.[1]<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro<br><br>**Connectivity**<br><br>Apple H1 chip<br><br>Powerbeats: Class 1 Wireless Bluetooth®<br><br>Charging Case: Lightning connector<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

- 10 -

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| a rechargeable power source; and | Apple PowerBeatsPro include a rechargeable power source.<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Apple PowerBeatsPro ||
|---|---|
| a docking station for holding at least the first wireless earphone, wherein the docking station comprises a power cable for connecting to an external device to power the docking station, and wherein the docking station is for charging at least the first wireless earphone when the first wireless earphone is placed in the docking station. | Apple PowerBeatsPro are configured to be used with a docking station for holding at least the first wireless earphone, wherein the docking station comprises a power cable for connecting to an external device to power the docking station, and wherein the docking station is for charging at least the first wireless earphone when the first wireless earphone is placed in the docking station.<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro<br><br><br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |