UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **KOSS CORPORATION,**<br><br>  *Plaintiff*,<br><br>v.<br><br>**APPLE INC.,**<br><br>  *Defendant*. | **Case No. 6:20-cv-00665-ADA**<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Koss Corporation ("Plaintiff" or "Koss") and Defendant Apple Inc. ("Defendant" or "Apple"), hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on July 23, 2020.

## RESPONSE TO THE COMPLAINT

Defendant responded to the Complaint on August 7, 2020 by filing a Motion to Strike the Complaint pursuant to Federal Rule of Civil Procedure 12(f). Plaintiff filed its Response in Opposition to Defendant's Motion to Strike on August 21, 2020, pursuant to the parties' agreed extension. Defendant filed its Reply in Support of its Motion to Strike on August 31, 2020.

## PENDING MOTIONS

Defendant's aforementioned Motion to Strike is currently pending.

## RELATED CASES IN THIS JUDICIAL DISTRICT

Koss Corporation v. Bose Corporation; 6:20-cv-0661-ADA

503764837 v3

  Koss Corporation v. PEAG LLC d/b/a JLAB Audio; 6:20-cv-00662-ADA

  Koss Corporation v. Plantronics, Inc. and Polycom, Inc.; 6:20-cv-00663-ADA

  Koss Corporation v. Skullcandy, Inc.; 6:20-cv-00664-ADA

  Plaintiff believes that these related cases should be consolidated, to the extent possible and particularly with regard to common issues, such as claim construction. Apple does not agree to the consolidation of any cases for trial, and submits that any other issues can be addressed once all defendants have responded to the complaints in their respective actions.

## **IPR, CBM, AND OTHER PGR FILINGS**

  There are no known IPR, CBM, or other PGR filings.

## **NUMBER OF ASSERTED PATENTS AND CLAIMS**

  Plaintiff has asserted five (5) patents and a total of five (5) claims. Plaintiff intends to assert additional claims from the five presently asserted patents in its preliminary infringement contentions, which are forthcoming.

## **APPOINTMENT OF TECHNICAL ADVISER**

  At this point, the parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## **MEET AND CONFER STATUS**

  Plaintiff and Defendant conducted a meet and confer conference. The parties have no pre-Markman issues to raise at the CMC.

Dated: October 20, 2020        Respectfully submitted,

                 /s/ *Darlene F. Ghavimi*
                 Darlene F. Ghavimi
                 Texas State Bar No. 24072114
                 **K&L GATES LLP**
                 2801 Via Fortuna, Suite #350

Austin, TX 78746
Tel.: 512.482.6919
Fax: 512.482.6859
Darlene.ghavimi@klgates.com

Benjamin E. Weed (admitted *pro hac vice*)
James A. Shimota (admitted *pro hac vice*)
Philip A. Kunz (admitted *pro hac vice*)
Erik J. Halverson (admitted *pro hac vice*)
Gina A. Johnson (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison St, Suite 3300
Chicago, IL 60602
Tel.: 312.372.1121
Fax: 312.827.8000
Benjamin.weed@klgates.com
Jim.shimota@klgates.com
Philip.kunz@klgates.com
Erik.halverson@klgates.com
Gina.johnson@klgates.com

Peter E. Soskin  (admitted pro hac vice)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

**ATTORNEYS FOR PLAINTIFF**

By: /s/ *Lauren Abendshien*
Michael T. Pieja (*pro hac vice*)
Alan E. Littmann (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
labendshien@goldmanismail.com

Stephen E. McConnico
State Bar No. 13450300
Steven J. Wingard

>State Bar No. 00788694
>Kim Bueno
>State Bar No. 24065345
>Stephen L. Burbank
>State Bar No. 24109672
>SCOTT DOUGLASS & MCCONNICO
>Colorado Tower
>303 Colorado St., Ste. 2400
>Austin, TX 78701
>Tel: (512) 495-6300
>Fax: (512) 495-6399
>smcconnico@scottdoug.com
>swingard@scottdoug.com
>kbueno@scottdoug.com
>sburbank@scottdoug.com
>
>**ATTORNEYS FOR DEFENDANT**

503764837 v3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the CM/ECF filing system of the court for electronic service on all parties.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi