# EXHIBIT C





# Franchise Tax Account Status
As of : 11/24/2020 14:48:39

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| KOSS CORP | |
|---|---|
| Texas Taxpayer Number | 13911682758 |
| Mailing Address | 4129 N PORT WASHINGTON RD MILWAUKEE, WI 53212-1029 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | WI |
| Effective SOS Registration Date | Not Registered |
| Texas SOS File Number | Not Registered |
| Registered Agent Name | Not on file |
| Registered Office Street Address | |