# EXHIBIT Q

**Table C-3.**
**U.S. District Courts—Civil Cases Commenced, by Nature of Suit and District, During the 12-Month Period Ending September 30, 2020**

| | | | | | | | U.S. Cases | | | | | | | | | |
| | | | | | | | | Prisoner Petitions | | | | | | | | |
| Circuit and District | Total Civil Cases | Total U.S. Civil Cases | Contract | Real Property | Tort Actions | Civil Rights | Motion to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Others | Habeas Corpus - Alien Detainee | Forfeitures and Penalties | Labor Suits | Social Security | All Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 470,581 | 47,522 | 413 | 706 | 1,880 | 1,413 | 6,834 | 2,702 | 7 | 931 | 404 | 1,022 | 2,261 | 985 | 231 | 21,110 | 6,623 |
| **DC** | 3,780 | 2,327 | 79 | - | 42 | 225 | 86 | 42 | 1 | 129 | 5 | 7 | 4 | 23 | 10 | 41 | 1,633 |
| **1st** | 5,824 | 1,054 | 9 | 53 | 36 | 50 | 189 | 26 | - | 3 | 8 | 5 | 153 | 49 | 9 | 279 | 185 |
| ME | 502 | 141 | 1 | 3 | - | 10 | 16 | 1 | - | - | - | - | - | 2 | 1 | 102 | 5 |
| MA | 2,767 | 481 | 5 | 3 | 22 | 19 | 73 | 10 | - | 1 | 6 | 4 | 134 | 7 | 4 | 56 | 137 |
| NH | 1,209 | 99 | - | - | 2 | 2 | 14 | 15 | - | 2 | - | 1 | 15 | 11 | - | 24 | 13 |
| RI | 582 | 79 | 1 | 1 | 3 | 4 | 9 | - | - | - | 1 | - | 4 | 3 | 3 | 35 | 15 |
| PR | 764 | 254 | 2 | 46 | 9 | 15 | 77 | - | - | - | 1 | - | - | 26 | 1 | 62 | 15 |
| **2nd** | 24,873 | 4,884 | 19 | 70 | 205 | 82 | 366 | 133 | - | 32 | 4 | 25 | 223 | 101 | 14 | 2,860 | 750 |
| CT | 2,036 | 349 | 2 | 2 | 26 | 15 | 21 | 36 | - | 4 | 2 | 1 | 2 | 22 | 2 | 172 | 42 |
| NY,N | 1,906 | 493 | 2 | 27 | 13 | 6 | 31 | 6 | - | 2 | - | 1 | - | 16 | 1 | 370 | 18 |
| NY,E | 6,520 | 1,072 | 9 | 11 | 87 | 24 | 88 | 14 | - | 11 | - | 12 | 3 | 14 | 5 | 487 | 307 |
| NY,S | 11,392 | 1,372 | 4 | 5 | 60 | 30 | 172 | 26 | - | 8 | 2 | 9 | 98 | 22 | 3 | 584 | 349 |
| NY,W | 2,787 | 1,529 | 2 | 16 | 16 | 3 | 45 | 50 | - | 7 | - | - | 120 | 26 | 2 | 1,218 | 24 |
| VT | 232 | 69 | - | 9 | 3 | 4 | 9 | 1 | - | - | - | 2 | - | 1 | 1 | 29 | 10 |
| **3rd** | 34,336 | 3,472 | 33 | 45 | 166 | 88 | 424 | 517 | - | 150 | 12 | 6 | 372 | 35 | 34 | 1,311 | 279 |
| DE | 1,919 | 68 | 1 | 2 | 8 | - | 10 | - | - | 1 | - | - | 2 | 2 | 3 | 29 | 10 |
| NJ | 19,655 | 1,413 | 16 | 4 | 89 | 36 | 85 | 289 | - | 91 | - | 1 | 237 | 12 | 8 | 424 | 121 |
| PA,E | 7,187 | 764 | 11 | 7 | 42 | 16 | 206 | 3 | - | 1 | 1 | 1 | 4 | 1 | 11 | 365 | 95 |
| PA,M | 2,415 | 781 | 4 | 12 | 13 | 19 | 55 | 195 | - | 55 | 4 | 3 | 129 | 6 | 5 | 264 | 17 |
| PA,W | 2,939 | 419 | - | 11 | 11 | 17 | 58 | 30 | - | 2 | 7 | 1 | - | 14 | 5 | 229 | 34 |
| VI | 221 | 27 | 1 | 9 | 3 | - | 10 | - | - | - | - | - | - | - | 2 | - | 2 |

| Circuit and District | Total Private Civil Cases | Private Cases ||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Contract | Real Property | FELA [1] | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Civil Rights | Prisoner Petitions |||| Intellectual Property | Labor Suits | All Others |
| | | | | | | | | | | Habeas Corpus General | Death Penalty | Prison Condition and Civil Rights | Mandamus and Others | | | |
| **Total** | 423,059 | 26,179 | 4,084 | 317 | 1,369 | 5,130 | 250,837 | 3,698 | 39,631 | 13,258 | 113 | 27,901 | 762 | 9,955 | 14,946 | 24,879 |
| **DC** | 1,453 | 118 | 25 | 4 | 2 | 20 | 296 | 24 | 315 | 28 | 1 | 79 | 1 | 38 | 127 | 375 |
| **1st** | 4,770 | 649 | 313 | 10 | 62 | 75 | 1,492 | 128 | 784 | 142 | - | 202 | 11 | 166 | 333 | 403 |
| ME | 361 | 53 | 71 | 1 | 6 | 8 | 24 | 11 | 95 | 14 | - | 29 | - | 8 | 21 | 20 |
| MA | 2,286 | 378 | 92 | 8 | 41 | 39 | 444 | 88 | 376 | 81 | - | 89 | 7 | 125 | 241 | 277 |
| NH | 1,110 | 53 | 18 | - | 2 | 5 | 824 | 4 | 113 | 16 | - | 25 | - | 9 | 17 | 24 |
| RI | 503 | 86 | 49 | 1 | 9 | 4 | 95 | 17 | 104 | 17 | - | 42 | 3 | 7 | 35 | 34 |
| PR | 510 | 79 | 83 | - | 4 | 19 | 105 | 8 | 96 | 14 | - | 17 | 1 | 17 | 19 | 48 |
| **2nd** | 19,989 | 2,252 | 325 | 123 | 36 | 401 | 1,566 | 492 | 5,672 | 613 | - | 1,532 | 41 | 1,510 | 2,301 | 3,125 |
| CT | 1,687 | 225 | 13 | 12 | 2 | 27 | 167 | 72 | 442 | 40 | - | 338 | 8 | 41 | 128 | 172 |
| NY,N | 1,413 | 95 | 93 | 2 | - | 16 | 150 | 23 | 394 | 156 | - | 323 | - | 41 | 51 | 69 |
| NY,E | 5,448 | 503 | 125 | 36 | 21 | 156 | 413 | 120 | 1,149 | 147 | - | 165 | 9 | 401 | 989 | 1,214 |
| NY,S | 10,020 | 1,310 | 77 | 72 | 13 | 170 | 586 | 260 | 3,332 | 175 | - | 475 | 22 | 967 | 1,089 | 1,472 |
| NY,W | 1,258 | 93 | 12 | 1 | - | 27 | 225 | 9 | 307 | 87 | - | 218 | 2 | 57 | 38 | 182 |
| VT | 163 | 26 | 5 | - | - | 5 | 25 | 8 | 48 | 8 | - | 13 | - | 3 | 6 | 16 |
| **3rd** | 30,864 | 2,435 | 217 | 40 | 30 | 731 | 14,845 | 381 | 3,755 | 1,166 | 14 | 1,726 | 12 | 1,347 | 1,276 | 2,889 |
| DE | 1,851 | 198 | 2 | - | 1 | 12 | 93 | 15 | 70 | 42 | - | 106 | 1 | 823 | 17 | 471 |
| NJ | 18,242 | 824 | 64 | 29 | 21 | 293 | 12,742 | 169 | 1,113 | 229 | - | 400 | 1 | 339 | 602 | 1,416 |
| PA,E | 6,423 | 908 | 97 | 7 | - | 298 | 1,633 | 137 | 1,317 | 428 | 9 | 467 | 5 | 116 | 390 | 611 |
| PA,M | 1,634 | 174 | 15 | 1 | - | 65 | 171 | 14 | 456 | 193 | 1 | 323 | 3 | 17 | 76 | 125 |
| PA,W | 2,520 | 288 | 23 | 3 | 5 | 56 | 150 | 44 | 760 | 272 | 4 | 429 | 2 | 52 | 185 | 247 |
| VI | 194 | 43 | 16 | - | 3 | 7 | 56 | 2 | 39 | 2 | - | 1 | - | - | 6 | 19 |

| | | | | | | | | | U.S. Cases | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Prisoner Petitions | | | | | | | | |
| Circuit and District | Total Civil Cases | Total U.S. Civil Cases | Contract | Real Property | Tort Actions | Civil Rights | Motion to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Others | Habeas Corpus - Alien Detainee | Forfeitures and Penalties | Labor Suits | Social Security | All Others |
| **4th** | **18,718** | **5,281** | **30** | **20** | **166** | **102** | **1,488** | **559** | **-** | **168** | **136** | **80** | **30** | **110** | **17** | **2,033** | **342** |
| MD | 3,694 | 1,089 | 5 | 4 | 36 | 39 | 462 | 2 | - | 1 | 1 | 15 | 10 | 26 | 6 | 360 | 122 |
| NC,E | 1,888 | 754 | 6 | 4 | 9 | 8 | 224 | 125 | - | 13 | 44 | 40 | - | 18 | - | 234 | 29 |
| NC,M | 1,162 | 431 | 2 | - | 5 | 4 | 228 | 11 | - | - | - | 1 | 1 | 13 | - | 155 | 11 |
| NC,W | 1,257 | 416 | 1 | 1 | 6 | 9 | 91 | 12 | - | 1 | - | 1 | - | 16 | 2 | 262 | 14 |
| SC | 4,274 | 912 | 1 | 4 | 36 | 2 | 162 | 25 | - | 8 | 10 | - | - | 17 | 3 | 580 | 64 |
| VA,E | 3,297 | 572 | 8 | 5 | 46 | 22 | 204 | 9 | - | 8 | 1 | 5 | 17 | 6 | 3 | 159 | 79 |
| VA,W | 1,341 | 408 | 1 | 1 | 7 | 7 | 61 | 90 | - | 49 | - | - | 2 | 8 | - | 167 | 15 |
| WV,N | 814 | 412 | 1 | 1 | 14 | 6 | 33 | 202 | - | 78 | 39 | 18 | - | - | 1 | 16 | 3 |
| WV,S | 991 | 287 | 5 | - | 7 | 5 | 23 | 83 | - | 10 | 41 | - | - | 6 | 2 | 100 | 5 |
| **5th** | **29,856** | **4,524** | **53** | **127** | **237** | **148** | **821** | **254** | **5** | **128** | **8** | **648** | **486** | **106** | **12** | **984** | **507** |
| LA,E | 4,004 | 172 | 3 | 5 | 35 | 15 | 40 | 1 | - | - | - | 4 | 5 | 2 | 1 | 38 | 23 |
| LA,M | 896 | 61 | 4 | - | 4 | - | 14 | 1 | - | - | - | - | - | 7 | - | 24 | 7 |
| LA,W | 1,757 | 375 | 2 | 1 | 26 | 2 | 41 | 59 | - | 18 | 2 | 1 | 135 | 4 | - | 56 | 28 |
| MS,N | 838 | 272 | 2 | 5 | 4 | 2 | 15 | - | - | - | - | - | - | 3 | - | 235 | 6 |
| MS,S | 1,940 | 314 | 3 | 3 | 16 | 11 | 53 | 3 | - | 2 | 2 | - | 122 | 5 | 1 | 80 | 13 |
| TX,N | 6,375 | 1,429 | 13 | 3 | 37 | 42 | 250 | 64 | 1 | 39 | 3 | 631 | 57 | 24 | 5 | 124 | 136 |
| TX,E | 3,137 | 391 | 1 | 1 | 12 | 7 | 98 | 61 | 3 | 28 | - | 2 | - | 12 | 1 | 132 | 33 |
| TX,S | 6,365 | 843 | 12 | 103 | 46 | 26 | 143 | 20 | - | 13 | - | 5 | 108 | 29 | 1 | 171 | 166 |
| TX,W | 4,544 | 667 | 13 | 6 | 57 | 43 | 167 | 45 | 1 | 28 | 1 | 5 | 59 | 20 | 3 | 124 | 95 |

| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA [1] | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Civil Rights | Prisoner Petitions — Habeas Corpus General | Prisoner Petitions — Death Penalty | Prisoner Petitions — Prison Condition and Civil Rights | Mandamus and Others | Intellectual Property | Labor Suits | All Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **4th** | **13,437** | **1,854** | **257** | **4** | **38** | **404** | **2,101** | **296** | **1,895** | **1,087** | **1** | **2,860** | **160** | **378** | **915** | **1,187** |
| MD | 2,605 | 330 | 69 | - | 4 | 116 | 458 | 54 | 421 | 88 | - | 417 | 56 | 91 | 221 | 280 |
| NC,E | 1,134 | 199 | 17 | 1 | 12 | 9 | 73 | 18 | 152 | 104 | - | 388 | - | 23 | 59 | 79 |
| NC,M | 731 | 110 | 5 | 2 | - | 5 | 64 | 8 | 127 | 101 | - | 180 | - | 24 | 47 | 58 |
| NC,W | 841 | 156 | 17 | - | - | 15 | 70 | 22 | 212 | 40 | - | 72 | 2 | 33 | 102 | 100 |
| SC | 3,362 | 393 | 47 | - | 13 | 135 | 999 | 104 | 334 | 286 | 1 | 630 | 16 | 31 | 229 | 144 |
| VA,E | 2,725 | 343 | 29 | - | 5 | 46 | 184 | 63 | 404 | 303 | - | 598 | 75 | 149 | 140 | 386 |
| VA,W | 933 | 81 | 21 | - | - | 38 | 94 | 13 | 110 | 99 | - | 380 | 3 | 11 | 40 | 43 |
| WV,N | 402 | 79 | 26 | - | - | 16 | 56 | 4 | 61 | 34 | - | 39 | 1 | 12 | 24 | 50 |
| WV,S | 704 | 163 | 26 | 1 | 4 | 24 | 103 | 10 | 74 | 32 | - | 156 | 7 | 4 | 53 | 47 |
| **5th** | **25,332** | **3,590** | **858** | **20** | **319** | **1,346** | **5,174** | **371** | **2,714** | **1,959** | **13** | **3,398** | **147** | **1,700** | **1,377** | **2,346** |
| LA,E | 3,832 | 315 | 18 | 12 | 200 | 278 | 2,220 | 63 | 206 | 120 | - | 129 | 5 | 27 | 84 | 155 |
| LA,M | 835 | 115 | 6 | - | 19 | 131 | 120 | 4 | 113 | 30 | - | 209 | 1 | 1 | 40 | 46 |
| LA,W | 1,382 | 168 | 71 | 3 | 40 | 190 | 214 | 28 | 187 | 90 | - | 266 | 4 | 14 | 47 | 60 |
| MS,N | 566 | 89 | 10 | 1 | - | 29 | 110 | 6 | 140 | 53 | 1 | 73 | - | 6 | 19 | 29 |
| MS,S | 1,626 | 224 | 17 | - | 2 | 109 | 459 | 21 | 237 | 140 | 2 | 290 | 1 | 9 | 38 | 77 |
| TX,N | 4,946 | 719 | 181 | 1 | - | 114 | 976 | 97 | 559 | 497 | 5 | 697 | 99 | 181 | 250 | 570 |
| TX,E | 2,746 | 288 | 76 | 2 | 10 | 97 | 168 | 21 | 220 | 330 | 3 | 637 | 5 | 441 | 100 | 348 |
| TX,S | 5,522 | 1,140 | 325 | 1 | 48 | 223 | 639 | 92 | 577 | 410 | 2 | 746 | 23 | 172 | 448 | 676 |
| TX,W | 3,877 | 532 | 154 | - | - | 175 | 268 | 39 | 475 | 289 | - | 351 | 9 | 849 | 351 | 385 |

| Circuit and District | Total Civil Cases | Total U.S. Civil Cases | Contract | Real Property | Tort Actions | Civil Rights | U.S. Cases | | | | | | | Forfeitures and Penalties | Labor Suits | Social Security | All Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Prisoner Petitions | | | | | | | | | | |
| | | | | | | | Motion to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Others | Habeas Corpus - Alien Detainee | | | | |
| **6th** | **23,590** | **3,885** | **21** | **131** | **110** | **65** | **646** | **152** | **-** | **42** | **49** | **14** | **38** | **104** | **31** | **2,241** | **241** |
| KY,E | 1,433 | 536 | 3 | 43 | 6 | 4 | 76 | 115 | - | 30 | 47 | - | - | 18 | 3 | 173 | 18 |
| KY,W | 1,608 | 323 | 1 | 69 | 5 | 4 | 25 | 1 | - | - | - | 1 | - | - | 3 | 200 | 14 |
| MI,E | 3,611 | 533 | 5 | 3 | 19 | 9 | 81 | 13 | - | 4 | - | 7 | 21 | 21 | 4 | 287 | 59 |
| MI,W | 1,570 | 303 | 1 | 1 | 4 | 7 | 49 | 6 | - | 1 | - | - | 5 | 2 | 4 | 201 | 22 |
| OH,N | 3,636 | 835 | 1 | 2 | 32 | 7 | 109 | 4 | - | 6 | 2 | 2 | 5 | 14 | 6 | 608 | 37 |
| OH,S | 7,816 | 690 | 2 | 1 | 14 | 16 | 63 | 3 | - | 1 | - | 4 | 6 | 15 | 8 | 509 | 48 |
| TN,E | 1,257 | 249 | 1 | 3 | 19 | 4 | 101 | - | - | - | - | - | - | 4 | 1 | 108 | 8 |
| TN,M | 1,384 | 181 | - | 9 | 4 | 11 | 52 | 2 | - | - | - | - | 1 | 18 | 2 | 57 | 25 |
| TN,W | 1,275 | 235 | 7 | - | 7 | 3 | 90 | 8 | - | - | - | - | - | 12 | - | 98 | 10 |
| **7th** | **21,795** | **3,507** | **15** | **61** | **126** | **82** | **370** | **158** | **-** | **42** | **47** | **7** | **53** | **85** | **18** | **2,025** | **418** |
| IL,N | 8,520 | 1,271 | 7 | 5 | 52 | 38 | 49 | 81 | - | 24 | 36 | 3 | 23 | 17 | 11 | 574 | 351 |
| IL,C | 1,454 | 252 | - | 4 | 6 | 4 | 69 | - | - | - | - | - | 9 | 3 | 1 | 147 | 9 |
| IL,S | 1,378 | 322 | 3 | 31 | 15 | 2 | 38 | 54 | - | 8 | 10 | 1 | 14 | 7 | 1 | 131 | 7 |
| IN,N | 2,203 | 466 | - | 5 | 24 | 8 | 46 | 1 | - | - | - | - | - | 9 | 1 | 364 | 8 |
| IN,S | 4,981 | 528 | 1 | 6 | 19 | 13 | 108 | 2 | - | 7 | 1 | 1 | 1 | 29 | 1 | 323 | 16 |
| WI,E | 2,067 | 393 | 2 | 4 | 4 | 6 | 38 | 8 | - | - | - | 2 | 6 | 14 | 2 | 288 | 19 |
| WI,W | 1,192 | 275 | 2 | 6 | 6 | 11 | 22 | 12 | - | 3 | - | - | - | 6 | 1 | 198 | 8 |

| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA [1] | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Civil Rights | Prisoner Petitions — Habeas Corpus General | Prisoner Petitions — Death Penalty | Prisoner Petitions — Prison Condition and Civil Rights | Prisoner Petitions — Mandamus and Others | Intellectual Property | Labor Suits | All Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6th** | **19,705** | **1,780** | **287** | **12** | **29** | **377** | **6,967** | **277** | **2,948** | **1,357** | **7** | **1,924** | **23** | **390** | **1,409** | **1,918** |
| KY,E | 897 | 111 | 12 | - | 2 | 51 | 197 | 21 | 122 | 45 | 1 | 150 | 2 | 12 | 52 | 119 |
| KY,W | 1,285 | 156 | 4 | - | 11 | 41 | 161 | 20 | 217 | 55 | - | 245 | 2 | 12 | 109 | 252 |
| MI,E | 3,078 | 430 | 67 | 2 | 10 | 53 | 243 | 59 | 736 | 413 | - | 283 | 10 | 93 | 231 | 448 |
| MI,W | 1,267 | 102 | 31 | - | 1 | 10 | 67 | 15 | 232 | 189 | - | 384 | - | 35 | 85 | 116 |
| OH,N | 2,801 | 305 | 21 | 3 | 2 | 47 | 589 | 45 | 373 | 295 | 3 | 157 | 1 | 110 | 331 | 519 |
| OH,S | 7,126 | 281 | 95 | 4 | 1 | 34 | 5,303 | 35 | 496 | 136 | 1 | 167 | 2 | 55 | 294 | 222 |
| TN,E | 1,008 | 125 | 13 | 2 | - | 40 | 158 | 28 | 245 | 44 | 1 | 133 | 1 | 23 | 102 | 93 |
| TN,M | 1,203 | 147 | 14 | - | 1 | 53 | 119 | 42 | 304 | 80 | 1 | 208 | 4 | 29 | 126 | 75 |
| TN,W | 1,040 | 123 | 30 | 1 | 1 | 48 | 130 | 12 | 223 | 100 | - | 197 | 1 | 21 | 79 | 74 |
| **7th** | **18,288** | **1,564** | **114** | **19** | **13** | **274** | **3,023** | **223** | **2,749** | **1,183** | **4** | **4,267** | **25** | **991** | **1,265** | **2,574** |
| IL,N | 7,249 | 897 | 47 | - | 6 | 88 | 826 | 141 | 1,201 | 147 | - | 941 | 3 | 834 | 687 | 1,431 |
| IL,C | 1,202 | 64 | 8 | 1 | 1 | 18 | 81 | 5 | 178 | 101 | - | 597 | 2 | 16 | 62 | 68 |
| IL,S | 1,056 | 81 | 12 | 1 | 3 | 43 | 164 | 14 | 104 | 65 | - | 460 | 7 | 4 | 48 | 50 |
| IN,N | 1,737 | 160 | 18 | 6 | - | 55 | 135 | 16 | 327 | 245 | - | 605 | - | 28 | 65 | 77 |
| IN,S | 4,453 | 180 | 14 | 4 | 3 | 56 | 1,673 | 15 | 580 | 448 | 4 | 829 | 3 | 33 | 146 | 465 |
| WI,E | 1,674 | 118 | 12 | - | - | 7 | 95 | 21 | 218 | 140 | - | 530 | 10 | 27 | 187 | 309 |
| WI,W | 917 | 64 | 3 | 7 | - | 7 | 49 | 11 | 141 | 37 | - | 305 | - | 49 | 70 | 174 |

| Circuit and District | Total Civil Cases | Total U.S. Civil Cases | U.S. Cases | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Contract | Real Property | Tort Actions | Civil Rights | Prisoner Petitions | | | | | | Forfeitures and Penalties | Labor Suits | Social Security | All Others |
| | | | | | | | Motion to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Others | Habeas Corpus - Alien Detainee | | | | |
| **8th** | **12,383** | **2,575** | **30** | **25** | **83** | **81** | **519** | **126** | **-** | **42** | **23** | **11** | **66** | **47** | **37** | **1,321** | **164** |
| AR,E | 2,191 | 355 | 1 | 1 | 6 | 19 | 22 | 53 | - | 21 | 19 | - | - | 5 | 2 | 201 | 5 |
| AR,W | 880 | 271 | 4 | 1 | 8 | 2 | 19 | 1 | - | 1 | - | - | - | - | - | 228 | 7 |
| IA,N | 429 | 154 | - | 4 | 2 | 1 | 58 | 4 | - | 1 | - | - | - | 1 | - | 79 | 4 |
| IA,S | 544 | 149 | 1 | 3 | 7 | 3 | 66 | 5 | - | - | 1 | 2 | - | 14 | 5 | 30 | 12 |
| MN | 2,641 | 441 | 9 | 2 | 9 | 13 | 74 | 40 | - | 11 | 1 | 1 | 62 | 9 | 8 | 131 | 71 |
| MO,E | 2,481 | 441 | 2 | 1 | 17 | 7 | 88 | 2 | - | - | - | 1 | 1 | 7 | 11 | 285 | 19 |
| MO,W | 1,976 | 531 | 4 | - | 16 | 21 | 121 | 4 | - | 5 | 1 | 7 | 1 | 5 | 7 | 313 | 26 |
| NE | 681 | 97 | 3 | 5 | 7 | 2 | 24 | 12 | - | 1 | 1 | - | 2 | 5 | 3 | 21 | 11 |
| ND | 252 | 56 | 2 | 7 | 4 | 2 | 23 | - | - | 1 | - | - | - | 1 | - | 14 | 2 |
| SD | 308 | 80 | 4 | 1 | 7 | 11 | 24 | 5 | - | 1 | - | - | - | - | 1 | 19 | 7 |

| | | | | | | | Private Cases | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Prisoner Petitions | | | | | |
| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA [1] | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Civil Rights | Habeas Corpus General | Death Penalty | Prison Condition and Civil Rights | Mandamus and Others | Intellectual Property | Labor Suits | All Others |
| **8th** | **9,808** | **1,218** | **99** | **58** | **5** | **251** | **1,960** | **173** | **1,305** | **574** | **3** | **2,139** | **12** | **207** | **943** | **861** |
| AR,E | 1,836 | 112 | 11 | 3 | - | 50 | 181 | 8 | 180 | 105 | - | 977 | - | 8 | 158 | 43 |
| AR,W | 609 | 78 | 6 | 2 | - | 30 | 60 | 6 | 50 | 9 | - | 260 | 1 | 11 | 74 | 22 |
| IA,N | 275 | 42 | 3 | - | - | 11 | 54 | 8 | 39 | 34 | - | 41 | - | 7 | 13 | 23 |
| IA,S | 395 | 53 | 5 | 2 | 1 | 7 | 60 | 5 | 101 | 42 | - | 56 | - | 11 | 26 | 26 |
| MN | 2,200 | 256 | 12 | 10 | 4 | 15 | 659 | 41 | 264 | 80 | - | 97 | - | 70 | 385 | 307 |
| MO,E | 2,040 | 278 | 15 | - | - | 65 | 616 | 49 | 245 | 111 | 1 | 309 | 3 | 36 | 113 | 199 |
| MO,W | 1,445 | 211 | 26 | 3 | - | 46 | 189 | 32 | 270 | 111 | 2 | 236 | 5 | 30 | 107 | 177 |
| NE | 584 | 93 | 12 | 35 | - | 6 | 88 | 10 | 89 | 44 | - | 94 | - | 27 | 46 | 40 |
| ND | 196 | 54 | 7 | 3 | - | 4 | 29 | 6 | 34 | 6 | - | 21 | - | 3 | 16 | 13 |
| SD | 228 | 41 | 2 | - | - | 17 | 24 | 8 | 33 | 32 | - | 48 | 3 | 4 | 5 | 11 |

| | | | | | | | U.S. Cases | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Prisoner Petitions | | | | | | | | |
| Circuit and District | Total Civil Cases | Total U.S. Civil Cases | Contract | Real Property | Tort Actions | Civil Rights | Motion to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Others | Habeas Corpus - Alien Detainee | Forfeitures and Penalties | Labor Suits | Social Security | All Others |
| **9th** | **48,033** | **8,538** | **64** | **76** | **425** | **268** | **590** | **259** | **-** | **75** | **75** | **149** | **534** | **139** | **16** | **4,635** | **1,233** |
| AK | 380 | 140 | 2 | 2 | 19 | 3 | 19 | 2 | - | 3 | 1 | - | - | 2 | - | 66 | 21 |
| AZ | 3,490 | 889 | 5 | 2 | 42 | 32 | 74 | 74 | - | 23 | 66 | 17 | 129 | 8 | 2 | 349 | 66 |
| CA,N | 8,946 | 707 | 2 | 3 | 43 | 34 | 42 | 2 | - | 1 | 1 | 3 | 40 | 10 | 2 | 286 | 238 |
| CA,E | 4,318 | 694 | 5 | 5 | 40 | 14 | 37 | 37 | - | 18 | - | 2 | 9 | 4 | 2 | 458 | 63 |
| CA,C | 16,461 | 2,264 | 17 | 24 | 119 | 66 | 65 | 130 | - | 22 | 1 | 5 | 226 | 64 | 1 | 1,067 | 457 |
| CA,S | 2,773 | 505 | 9 | 3 | 31 | 38 | 41 | 4 | - | - | 1 | 118 | 4 | 8 | 1 | 180 | 67 |
| HI | 608 | 85 | 3 | - | 17 | 7 | 7 | 4 | - | 2 | 3 | 2 | 1 | 1 | 2 | 24 | 12 |
| ID | 605 | 120 | 1 | 5 | 6 | 3 | 26 | 1 | - | - | - | - | - | 2 | 1 | 55 | 20 |
| MT | 650 | 149 | 4 | 13 | 16 | 6 | 27 | - | - | - | 1 | - | - | 5 | - | 41 | 36 |
| NV | 3,110 | 356 | 2 | 3 | 18 | 14 | 163 | 2 | - | - | - | 1 | 10 | 18 | 3 | 77 | 45 |
| OR | 2,228 | 677 | 4 | 9 | 17 | 15 | 38 | - | - | 3 | - | - | - | 13 | 2 | 529 | 47 |
| WA,E | 1,170 | 718 | 2 | 1 | 6 | 7 | 19 | - | - | - | - | - | - | 4 | - | 654 | 25 |
| WA,W | 3,216 | 1,226 | 8 | 5 | 49 | 28 | 32 | 3 | - | 3 | 1 | 1 | 115 | - | - | 847 | 134 |
| GUAM | 44 | 5 | - | 1 | - | - | - | - | - | - | - | - | - | - | - | 2 | 2 |
| NMI | 34 | 3 | - | - | 2 | 1 | - | - | - | - | - | - | - | - | - | - | - |
| **10th** | **10,672** | **2,173** | **20** | **71** | **95** | **62** | **334** | **38** | **1** | **13** | **18** | **11** | **37** | **87** | **14** | **1,177** | **195** |
| CO | 3,859 | 500 | 6 | 4 | 22 | 14 | 35 | 3 | - | 2 | 2 | 2 | 18 | 35 | 2 | 263 | 92 |
| KS | 1,464 | 330 | 2 | 29 | 4 | 4 | 72 | 28 | - | 8 | 14 | 2 | - | 19 | 6 | 127 | 15 |
| NM | 1,317 | 351 | 4 | 2 | 20 | 12 | 50 | 3 | - | 1 | - | 6 | 8 | 17 | 1 | 205 | 22 |
| OK,N | 717 | 220 | 2 | 9 | 6 | 3 | 47 | - | - | - | - | - | 2 | 2 | - | 138 | 11 |
| OK,E | 464 | 208 | 2 | 1 | 18 | 5 | 10 | - | 1 | - | - | - | 6 | - | - | 159 | 6 |
| OK,W | 1,329 | 284 | 1 | 21 | 14 | 16 | 24 | 3 | - | 1 | 2 | - | 3 | 6 | 4 | 167 | 22 |
| UT | 1,261 | 240 | 2 | 5 | 7 | 7 | 80 | 1 | - | 1 | - | 1 | - | 6 | - | 109 | 21 |
| WY | 261 | 40 | 1 | - | 4 | 1 | 16 | - | - | - | - | - | - | 2 | 1 | 9 | 6 |

| | | | | | | | | Private Cases | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Prisoner Petitions | | | | | |
| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA [1] | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Civil Rights | Habeas Corpus General | Death Penalty | Prison Condition and Civil Rights | Mandamus and Others | Intellectual Property | Labor Suits | All Others |
| **9th** | **39,495** | **4,889** | **850** | **13** | **210** | **312** | **5,188** | **820** | **10,475** | **2,685** | **17** | **4,969** | **195** | **2,132** | **1,968** | **4,772** |
| AK | 240 | 45 | 6 | - | 19 | 9 | 29 | 9 | 40 | 17 | - | 21 | - | 6 | 19 | 20 |
| AZ | 2,601 | 310 | 31 | - | 2 | 30 | 182 | 21 | 346 | 247 | 6 | 791 | 9 | 86 | 177 | 363 |
| CA,N | 8,239 | 672 | 77 | 1 | 18 | 14 | 3,122 | 190 | 1,388 | 331 | 2 | 600 | 71 | 445 | 443 | 865 |
| CA,E | 3,624 | 325 | 65 | 1 | 2 | 14 | 168 | 52 | 759 | 453 | 3 | 1,262 | 7 | 49 | 159 | 305 |
| CA,C | 14,197 | 1,766 | 425 | 2 | 84 | 80 | 732 | 341 | 5,997 | 728 | 3 | 540 | 4 | 1,142 | 637 | 1,716 |
| CA,S | 2,268 | 354 | 44 | - | 8 | 9 | 178 | 71 | 457 | 162 | - | 316 | 14 | 124 | 100 | 431 |
| HI | 523 | 74 | 34 | - | 11 | 1 | 78 | 9 | 124 | 24 | - | 78 | 1 | 20 | 25 | 44 |
| ID | 485 | 54 | 4 | 2 | - | 7 | 40 | 6 | 89 | 44 | - | 159 | 1 | 20 | 15 | 44 |
| MT | 501 | 144 | 12 | 1 | 3 | 17 | 50 | 11 | 64 | 83 | - | 72 | - | 8 | 15 | 21 |
| NV | 2,754 | 403 | 68 | 1 | 1 | 76 | 253 | 42 | 485 | 226 | 3 | 520 | 4 | 76 | 84 | 512 |
| OR | 1,551 | 200 | 30 | 2 | 8 | 22 | 102 | 25 | 309 | 120 | - | 315 | 82 | 39 | 100 | 197 |
| WA,E | 452 | 59 | 7 | 1 | - | 9 | 41 | 4 | 81 | 85 | - | 96 | 1 | 9 | 23 | 36 |
| WA,W | 1,990 | 468 | 45 | 2 | 53 | 22 | 189 | 38 | 323 | 163 | - | 195 | 1 | 107 | 171 | 213 |
| GUAM | 39 | 6 | - | - | - | - | 20 | - | 10 | 1 | - | - | - | - | - | 2 |
| NMI | 31 | 9 | 2 | - | 1 | 2 | 4 | 1 | 3 | 1 | - | 4 | - | 1 | - | 3 |
| **10th** | **8,499** | **1,806** | **78** | **7** | **4** | **312** | **841** | **160** | **1,886** | **640** | **6** | **1,232** | **24** | **275** | **452** | **776** |
| CO | 3,359 | 830 | 21 | 4 | 1 | 63 | 211 | 45 | 779 | 270 | - | 606 | 2 | 140 | 148 | 239 |
| KS | 1,134 | 141 | 12 | 3 | - | 69 | 154 | 28 | 255 | 71 | - | 205 | 3 | 21 | 51 | 121 |
| NM | 966 | 179 | 9 | - | - | 35 | 113 | 13 | 262 | 66 | - | 166 | 3 | 12 | 42 | 66 |
| OK,N | 497 | 121 | 8 | - | - | 21 | 66 | 10 | 92 | 49 | - | 37 | 1 | 12 | 37 | 43 |
| OK,E | 256 | 49 | 2 | - | 1 | 16 | 29 | 6 | 66 | 27 | 3 | 39 | - | 3 | 4 | 11 |
| OK,W | 1,045 | 246 | 13 | - | 1 | 49 | 140 | 25 | 208 | 117 | 2 | 107 | 14 | 17 | 45 | 61 |
| UT | 1,021 | 198 | 10 | - | - | 19 | 88 | 27 | 190 | 25 | - | 57 | 1 | 64 | 118 | 224 |
| WY | 221 | 42 | 3 | - | 1 | 40 | 40 | 6 | 34 | 15 | 1 | 15 | - | 6 | 7 | 11 |

| Circuit and District | Total Civil Cases | U.S. Cases | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total U.S. Civil Cases | Contract | Real Property | Tort Actions | Civil Rights | Prisoner Petitions | | | | | | Forfeitures and Penalties | Labor Suits | Social Security | All Others |
| | | | | | | | Motion to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Others | Habeas Corpus - Alien Detainee | | | | |
| **11th** | **236,721** | **5,302** | **40** | **27** | **189** | **160** | **1,001** | **438** | **-** | **107** | **19** | **59** | **265** | **99** | **19** | **2,203** | **676** |
| AL,N | 2,106 | 533 | 5 | 4 | 6 | 11 | 51 | 70 | - | 6 | 3 | - | 43 | 4 | 1 | 310 | 19 |
| AL,M | 1,162 | 219 | - | 1 | 5 | 4 | 46 | 32 | - | 6 | 2 | 1 | - | 10 | 1 | 103 | 8 |
| AL,S | 902 | 121 | 1 | 2 | 6 | 3 | 30 | 2 | - | - | - | - | - | 3 | - | 71 | 3 |
| FL,N | 204,994 | 236 | 6 | 2 | 7 | 39 | 39 | 12 | - | 4 | 4 | - | 36 | 6 | - | 65 | 16 |
| FL,M | 8,780 | 1,714 | 7 | 2 | 53 | 46 | 273 | 99 | - | 70 | 6 | 19 | 7 | 15 | 6 | 901 | 210 |
| FL,S | 9,808 | 1,102 | 16 | 16 | 71 | 25 | 320 | 94 | - | 6 | - | 26 | 48 | 15 | 6 | 227 | 232 |
| GA,N | 6,415 | 804 | 5 | - | 23 | 29 | 128 | 20 | - | 12 | - | 12 | - | 37 | 5 | 365 | 168 |
| GA,M | 1,480 | 326 | - | - | 8 | 1 | 67 | 2 | - | 2 | 1 | 1 | 129 | 2 | - | 103 | 10 |
| GA,S | 1,074 | 247 | - | - | 10 | 2 | 47 | 107 | - | 1 | 3 | - | 2 | 7 | - | 58 | 10 |

| | | | | | | | Private Cases | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Prisoner Petitions | | | | | |
| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA [1] | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Civil Rights | Habeas Corpus General | Death Penalty | Prison Condition and Civil Rights | Mandamus and Others | Intellectual Property | Labor Suits | All Others |
| **11th** | **231,419** | **4,024** | **661** | **7** | **621** | **627** | **207,384** | **353** | **5,133** | **1,824** | **47** | **3,573** | **111** | **821** | **2,580** | **3,653** |
| AL,N | 1,573 | 182 | 27 | 2 | - | 45 | 165 | 12 | 449 | 87 | 1 | 257 | 1 | 16 | 113 | 216 |
| AL,M | 943 | 76 | 8 | - | - | 37 | 79 | 12 | 138 | 45 | 4 | 429 | 34 | 5 | 24 | 52 |
| AL,S | 781 | 83 | 12 | - | 4 | 29 | 364 | 10 | 100 | 21 | 1 | 85 | - | 7 | 16 | 49 |
| FL,N | 204,758 | 256 | 19 | - | 11 | 29 | 203,153 | 8 | 403 | 201 | 1 | 456 | 4 | 25 | 104 | 88 |
| FL,M | 7,066 | 1,065 | 82 | - | 50 | 159 | 770 | 74 | 1,039 | 745 | 40 | 771 | 36 | 242 | 812 | 1,181 |
| FL,S | 8,706 | 1,622 | 89 | - | 546 | 54 | 1,367 | 152 | 1,732 | 300 | - | 373 | 8 | 347 | 1,110 | 1,006 |
| GA,N | 5,611 | 576 | 397 | 3 | - | 214 | 1,274 | 68 | 936 | 241 | - | 502 | 20 | 155 | 327 | 898 |
| GA,M | 1,154 | 97 | 13 | - | - | 34 | 101 | 10 | 222 | 121 | - | 387 | 7 | 13 | 47 | 102 |
| GA,S | 827 | 67 | 14 | 2 | 10 | 26 | 111 | 7 | 114 | 63 | - | 313 | 1 | 11 | 27 | 61 |

[1] FELA = Federal Employers Liability Act