# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| KOSS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.    6:20-cv-00665-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF MICHAEL T. PIEJA

I, Michael Pieja, hereby declare:

1. I am a partner at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Apple Inc. in this matter. I submit this declaration in support of Defendant Apple Inc.'s Responsive Claim Construction Brief.

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. Attached as Exhibit A is an excerpted true and correct copy of *Newton's Telecom Dictionary* (27th ed. 2013), Bates-stamped APL-KOSS_00000804–APL-KOSS_00000816.

4. Attached as Exhibit B is an excerpted true and correct copy of *Dictionary of Electronics* (4th ed. 2005), Bates-stamped APL-KOSS_00000829–APL-KOSS_00000838.

5. Attached as Exhibit C is a true and correct copy of the Declaration of Christopher Hansen, Ph.D. in Support of Apple's Responsive Claim Construction Brief, and Appendices thereto, dated March 12, 2021.

2

6. Attached as Exhibit D is a true and correct copy of a Google search on the phrase, "passive wireless rechargeable power source," conducted by me on March 11, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2021, in Chicago, Illinois.

*/s/ Michael T. Pieja*
Michael T. Pieja