UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KOSS CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>     Defendant. | Case No. 6:20-cv-00665 |

**PLAINTIFF KOSS CORPORATION'S**
**NOTICE OF *INTER PARTES* REVIEW PETITIONS**

Plaintiff Koss Corporation ("Koss") hereby provides the following notification of all *inter partes* review ("IPR") petitions challenging Koss patents that have been filed subsequent to the parties' Case Readiness Status Report, Dkt. No.26, filed on October 20, 2020.

| Patent | IPR | Petitioner | Filing Date Accorded | Expected Institution Decision | Expected Final Written Decision |
|---|---|---|---|---|---|
| 10,206,025 | IPR2021-00546 | Apple Inc. | March 10, 2021 | September 10, 2021 | September 10, 2022 |
| 10,469,934 | IPR2021-00592 | Apple Inc. | March 16, 2021 | September 16, 2021 | September 16, 2022 |
| 10,206,025 | IPR2021-00612 | Bose Corporation | March 16, 2021 | September 16, 2021 | September 16, 2022 |
| 10,298,451 | IPR2021-00600 | Apple Inc. | March 16, 2021 | September 16, 2021 | September 16, 2022 |
| 10,206,025 | IPR2021-00626[1] | Apple Inc. | March 17, 2021 | September 17, 2021 | September 17, 2022 |
| 10,469,934 | IPR2021-00680[2] | Bose Corporation | March 17, 2021 | September 17, 2021 | September 17, 2022 |

---

[1] IPR2021-00626 is awaiting a filing date accord.

[2] IPR2021-00680 is awaiting a filing date accord.

504275893 v1

| 10,506,325 | IPR2021-00679[3] | Apple Inc. | March 22, 2021 | September 22, 2021 | September 22, 2022 |
| 10,491,982 | IPR2021-00686[4] | Apple Inc. | March 22, 2021 | September 22, 2021 | September 22, 2022 |
| 10,469,934 | IPR2021-00693[5] | Apple Inc. | March 23, 2021 | September 23, 2021 | September 23, 2022 |

Dated: March 31, 2021

Respectfully submitted,

 /s/ *Darlene F. Ghavimi*_____
Darlene F. Ghavimi (TX Bar No. 24072114)
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Benjamin E. Weed (admitted *pro hac vice*)
Philip A. Kunz (admitted *pro hac vice*)
Erik J. Halverson (admitted *pro hac vice*)
Gina A. Johnson (admitted *pro hac vice*)
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
benjamin.weed@klgates.com
philip.kunz@klgates.com
erik.halverson@klgates.com
gina.johnson@klgates.com

Peter E. Soskin (admitted *pro hac vice*)
**K&L GATES LLP**
Suite 1200

---

[3] IPR2021-00679 is awaiting a filing date accord.

[4] IPR2021-00686 is awaiting a filing date accord.

[5] IPR2021-00693 is awaiting a filing date accord.

504275893 v1

-3-

        4 Embarcadero Center
        San Francisco, CA 94111
        Tel.: (415) 882-8046
        Fax: (415) 882-8220
        peter.soskin@klgates.com

        **ATTORNEYS FOR PLAINTIFF**
        **KOSS CORPORATION**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on March 31, 2021, via electronic mail to counsel of record for Defendant at the following addresses:

Stephen E. McConnico (State Bar No. 13450300)
Steven J. Wingard (State Bar No. 00788694)
Stephen L. Burbank (State Bar No. 24109672)
**SCOTT DOUGLASS & MCCONNICO**
Colorado Tower
303 Colorado St., Ste. 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399
smcconnico@scottdoug.com
swingard@scottdoug.com
sburbank@scottdoug.com

Michael T. Pieja
Alan E. Littmann
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com

                                                    */s/ Darlene F. Ghavimi*
                                                    Darlene F. Ghavimi