UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KOSS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 6:20-cv-00665 |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the scheduling order in the above-captioned case, Plaintiff Koss Corporation and Defendant Apple Inc. submit this Joint Claim Construction Statement. The hearing is scheduled for April 23, 2021, at 1:30 PM. The asserted patents and claims are:

- U.S. Patent No. 10,206,025 ("'025 Patent") – Claims 1–2, 4, 5, 7–10, 12, 14, 15, 17–19, 21, 23–24, 26–28, 30, 32–33, 35–38, 42, 44, 45, and 47–51
- U.S. Patent No. 10,298,451 ("'451 Patent") – Claims 1 and 18
- U.S. Patent No. 10,469,934 ("'934 Patent") – Claims 1–8, 11–13, 15–22, 24, 26–31, 36–41, 44–46, and 58–62
- U.S. Patent No. 10,491,982 ("'982 Patent") – Claims 2, 6, 11, and 17
- U.S. Patent No. 10,506,325 ("'325 Patent") – Claims 1, 5, 8–9, 11, and 17

The parties' agreed and disputed claim constructions are below.

Regarding the hearing on April 23, 2021, the parties agree to conduct the hearing by Zoom or other remote platform, according to the Court's preferences.

**I.   Agreed Construction**

| Term | Claims | Agreed Construction |
| --- | --- | --- |
| "wherein the docking station comprises a power cable for connecting to an external device" | '982 Patent – claim 2<br>'325 Patent – claim 1 | The parties have agreed that this term does not require construction |

**II.   Term No Longer Requiring Construction At This Hearing**

| Term | Claims | Agreed Construction |
| --- | --- | --- |
| "wherein the headphone assembly is configured, with the processor, to transition automatically . . ." | '155 Patent – claim 1 | This term was present only in claims asserted against two defendants—Skullcandy and Plantronics—that are no longer parties to this *Markman* proceeding. |

### III.     Disputed Constructions[1]

| Term[2] | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| "a remote, network-connected server that is in wireless communication with the mobile, digital audio player"<br><br>('025 Patent – claim 1)<br>('934 Patent – claims 1 and 58) | plain and ordinary meaning | Wireless communication: "communication without wires"<br><br>The remainder of the phrase requires no further construction |
| "the processor is for, upon activation of a user-control of the headphone assembly, initiating transmission of a request to the remote, network-connected server"<br><br>('025 Patent – claim 1)<br>('934 Patent – claims 1 and 58)[3]<br>('982 Patent – claim 4)<br>('325 Patent – claim 3) | plain and ordinary meaning | "[The processor is for, upon activation of a user-control of the headphone] causing the earphone to address a request to the remote, network-connected server instead of the digital audio player" |
| "in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server"<br><br>('025 Patent – claims 2, 12, 21, 30, and 42)<br>('934 Patent – claims 2, 15, 24, 36, and 59)<br>('982 Patent – claim 3)[4] | plain and ordinary meaning | Second audio play mode: "A mode in which the earphones communicate with the server over an infrastructure wireless network"<br><br>If Apple's construction is not adopted, the term is indefinite |

---

[1]   There are certain claim terms addressed in Defendants' opening brief (Dkt. No. 57) that, due to the status of the case of the other on-brief Defendants, are not addressed in Apple's Surreply, and thus are no longer necessary for inclusion in this statement.  (*See* Dkt. No. 66 at page 18).

[2]   All terms herein were proposed for construction by Apple.

[3]   The phrase at issue appears in the claims noted with slight wording variations.

[4]   The phrase at issue appears in the claims noted with slight wording variations.

3

| Term[2] | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| "a signal strength [level] for the second wireless communication link"<br><br>('025 Patent – claims 4, 5, 7, 9, 14, 15, 17, 19, 23, 24, 26, 28, 32, 33, 35, 37, 44, 45, 47, 49, and 50)<br>('934 Patent – claims 4, 6, 8, 12, 13, 17, 18, 20, 22, 26, 27, 29, 31, 38, 40, 41, 44, and 58)<br>('982 Patent – claims 6 and 11)<br>('325 Patent – claims 5 and 11) | plain and ordinary meaning | "A measurement of the strength of a signal received by the [headphone assembly / headphones]" |
| "upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device"<br><br>('025 Patent – claims 8, 18, 27, 36, and 48)<br>('934 Patent – claims 7, 21, 30, 45, and 61) | plain and ordinary meaning | The term "remote" as used here and throughout the asserted claims is indefinite;<br><br>Alternatively, "remote device" means a device external to the headphone assembly<br><br>The phrase "data are transmitted" renders the claim indefinite |
| "the processor circuits of the headphones are configured to receive firmware upgrades transmitted from a remote network server"<br><br>('155 Patent – claim 13)<br>('934 Patent – claims 1, 9, 46, 62)[5]<br>('325 Patent – claim 9) | plain and ordinary meaning | <u>Configured to receive firmware upgrades transmitted from a remote network server</u>: configured to receive firmware upgrades pushed to the earphones from the server |
| "host servers"<br><br>('451 Patent – claims 1 and 18) | plain and ordinary meaning | A server that hosts a website through which a user inputs credential data for at least one infrastructure wireless network;<br><br>Alternatively, indefinite |

---

[5] The phrase at issue appears in the claims noted with slight wording variations.

| Term[2] | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| "a passive, wireless rechargeable power source"<br><br>('982 Patent – claim 17)<br>('325 Patent – claims 8 and 17) | plain and ordinary meaning | A capacitor; otherwise, indefinite |

Dated:  April 14, 2021

Respectfully submitted,

By: /s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi
(TX Bar No. 24072114)
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Benjamin E. Weed (admitted *pro hac vice*)
Philip A. Kunz (admitted *pro hac vice*)
Erik J. Halverson (admitted *pro hac vice*)
Gina A. Johnson (admitted *pro hac vice*)
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
benjamin.weed@klgates.com
philip.kunz@klgates.com
erik.halverson@klgates.com
gina.johnson@klgates.com

Peter E. Soskin (admitted *pro hac vice*)
**K&L GATES LLP**
Suite 1200
4 Embarcadero Center
San Francisco, CA 94111
Tel.: (415) 882-8046
Fax: (415) 882-8220
peter.soskin@klgates.com

*Attorneys for Plaintiff Koss Corporation*

By:   /s/*Michael T. Pieja*
Michael T. Pieja (*pro hac vice*)
Alan E. Littmann (*pro hac vice*)
Doug Winnard (*pro hac vice*)
Samuel E. Schoenburg (*pro hac vice*)
Whitney Woodward (*pro hac vice*)
Goldman Ismail Tomaselli
Brennan & Baum LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
sschoenburg@goldmanismail.com
wwoodward@goldmanismail.com

Stephen E. McConnico
State Bar No. 13450300
Steven J. Wingard
State Bar No. 00788694
Stephen L. Burbank
State Bar No. 24109672
Scott Douglass & McConnico
Colorado Tower
303 Colorado St., Ste. 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399

smcconnico@scottdoug.com
swingard@scottdoug.com
sburbank@scottdoug.com

*Counsel for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 14, 2021, the foregoing was served on all counsel of record by ECF.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
