IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KOSS CORPORATION,<br>    *Plaintiff,* | § § § | |
| v. | § § | 6-20-CV-00665-ADA |
| APPLE INC.,<br>    *Defendant.* | § § § § | |

## CLAIM CONSTRUCTION ORDER

The Court provided its preliminary constructions on April 22, 2021. The Court held a claim construction hearing on April 23, 2021, during which the Court heard argument on the claim terms: "a remote, network-connected server that is in wireless communication with the mobile, digital audio player" ('025 Patent – claim 1) ('934 Patent – claims 1 and 58); "in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server" ('025 Patent – claims 2, 12, 21, 30, and 42) ('934 Patent – claims 2, 15, 24, 36, and 59) ('982 Patent – claim 3); "upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device" ('025 Patent – claims 8, 18, 27, 36, and 48) ('934 Patent – claims 7, 21, 30, 45, and 61); "host servers" ('451 Patent – claims 1 and 18); "a passive, wireless rechargeable power source" ('982 Patent – claim 17) ('325 Patent – claims 8 and 17). ECF No. 77.

After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below.

| Claim Term | Court |
|---|---|
| "a remote, network-connected server that is in wireless communication with the mobile, digital audio player"<br>('025 Patent – claim 1) | Plain and ordinary meaning |

| | |
|---|---|
| ('934 Patent – claims 1 and 58) | |
| "the processor is for, upon activation of a user-control of the headphone assembly, initiating transmission of a request to the remote, network-connected server"<br><br>('025 Patent – claim 1)<br>('934 Patent – claims 1 and 58)<br>('982 Patent – claim 4)<br>('325 Patent – claim 3) | Plain and ordinary meaning |
| "in a second audio play mode, the earphones play audio content streamed from the remote, network-connected server"<br>('025 Patent – claims 2, 12, 21, 30, and 42)<br>('934 Patent – claims 2, 15, 24, 36, and 59)<br>('982 Patent – claim 3) | Plain and ordinary meaning |
| "a signal strength [level] for the second wireless communication link"<br>('025 Patent – claims 4, 5, 7, 9, 14, 15, 17, 19, 23, 24, 26, 28, 32, 33, 35, 37, 44, 45, 47, 49, and 50)<br>('934 Patent – claims 4, 6, 8, 12, 13, 17, 18, 20, 22, 26, 27, 29, 31, 38, 40, 41, 44, and 58)<br>('982 Patent – claims 6 and 11)<br>('325 Patent – claims 5 and 11) | Plain and ordinary meaning |
| "upon activation of the microphone by the user, data are transmitted about the headphone assembly to a remote device"<br>('025 Patent – claims 8, 18, 27, 36, and 48)<br>('934 Patent – claims 7, 21, 30, 45, and 61) | Plain and ordinary meaning |
| "the processor circuits of the headphones are configured to receive firmware upgrades transmitted from a remote network server"<br>('155 Patent – claim 13)<br>('934 Patent – claims 1, 9, 46, 62)<br>('325 Patent – claim 9) | Plain and ordinary meaning |
| "host servers"<br>('451 Patent – claims 1 and 18) | Plain and ordinary meaning |
| "a passive, wireless rechargeable power source"<br>('982 Patent – claim 17)<br>('325 Patent – claims 8 and 17) | Plain and ordinary meaning |

**IT IS SO ORDERED.**

SIGNED this 2nd day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDG