# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| KOSS CORPORATION | § § | |
| vs. | § § | NO:  WA:20-CV-00665-ADA |
| APPLE INC | § | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on November 01, 2021 at 05:00 PM.

IT IS SO ORDERED this 25th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE