# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| KOSS CORPORATION | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00665-ADA |
| | § | |
| APPLE INC | § | |

## ORDER RESETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTIONS HEARING by Zoom on November 04, 2021 at 01:00 PM.

IT IS SO ORDERED this 1st day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE