**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| KOSS CORPORATION, | Case No.  6:20-cv-00665-ADA |
| Plaintiff, | |
| v. | |
| APPLE INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**AMENDED SCHEDULING ORDER**

| PROPOSED DATE | ORIGINAL DATE[1] | EVENT |
|---|---|---|
| February 22, 2022 | November 4, 2021 | Close of Fact Discovery. |
| March 11, 2022 | November 19, 2021 | Opening Expert Reports. |
| April 1, 2022 | December 23, 2021 | Rebuttal Expert Reports. |
| April 22, 2022 | January 20, 2022 | Close of Expert Discovery. |
| April 22, 2022 | January 20, 2022 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| May 6, 2022 | January 27, 2022 | Dispositive motion deadline and *Daubert* motion deadline. |

[1] Events in the schedule that have already occurred have been removed from the Proposed Amended Scheduling Order.

| PROPOSED DATE | ORIGINAL DATE[1] | EVENT |
|---|---|---|
| May 20, 2022 | February 10, 2022 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| June 3, 2022 | February 24, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| June 10, 2022 | March 3, 2022 | Serve objections to rebuttal disclosures and File Motions *in limine* |
| June 17, 2022 | March 10, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to Motions *in limine.* |
| June 24, 2022 | March 17, 2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on Motions *in limine*. |
| July 1, 2022 | March 28, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on Motions *in limine.* |
| July 8, 2022<br><br>(or as directed by the Court) | May 2, 2022 | Pretrial Conference. |
| July 25, 2022[2]<br><br>(or as directed by the Court) | May 9, 2022 | Jury Selection/Trial. |

SIGNED this 21 day of January, 2022.

ALAN D ALBRIGHT

UNITED STATES DISTRICT JUDGE

---

[2] Koss has worked with Apple to agree to the above proposed schedule.  Koss has informed Apple and now notes for the Court that at least one of its experts is unavailable to testify in August; as such, subject to the Court's availability, Koss requests that trial in this case occurs no later than July 25, 2022.