# EXHIBIT D

# EXHIBIT E-1

**Apple Beats by Dre Infringement Chart**

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1a. Headphones comprising: | Beats Powerbeats Pro are headphones.<br><br><br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1b. a pair of first and second wireless earphones to be worn simultaneously by a user, wherein the first and second earphones are separate such that when the headphones are worn by the user, the first and second earphones are not physically connected, wherein each of the first and second earphones comprises: | Beats Powerbeats Pro headphones include a pair of first and second wireless earphones to be worn simultaneously by a user, wherein the first and second earphones are separate such that when the headphones are worn by the user, the first and second earphones are not physically connected, wherein each of the first and second earphones comprises the below.<br><br><br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1c. a body portion; | Beats Powerbeats Pro headphones include a body portion.<br><br><br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1d. an earbud extending from the body portion that is inserted into an ear of the user when worn by the user; | Beats Powerbeats Pro headphones include an earbud extending from the body portion that is inserted into an ear of the user when worn by the user.<br><br><br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1e. a curved hanger bar connected to the body portion, wherein the curved hanger bar comprises a portion that rests upon an upper external curvature of an ear of the user behind an upper portion of an auricula of the ear of the user; | Beats Powerbeats Pro headphones include a curved hanger bar connected to the body portion, wherein the curved hanger bar comprises a portion that rests upon an upper external curvature of an ear of the user behind an upper portion of an auricula of the ear of the user.  https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1f. a wireless communication circuit for receiving and transmitting wireless signals; | Beats Powerbeats Pro headphones include a wireless communication circuit for receiving and transmitting wireless signals.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1g. a processor circuit connected to the wireless communication circuit; | Beats Powerbeats Pro headphones include a processor circuit connected to the wireless communication circuit.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1h. at least one acoustic transducer for producing audible sound from the earbud; | Beats Powerbeats Pro headphones include at least one acoustic transducer for producing audible sound from the earbud.<br><br>**Sound like a pro**<br><br>We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
| --- | --- |
| 1i. a microphone for picking up utterances of a user of the headphones; | Beats Powerbeats Pro headphones include a microphone for picking up utterances of a user of the headphones.<br><br>• Volume & track controls on each earbud, voice capability, and Auto Play/Pause<br><br>• Hands-free controls with "Hey Siri" and voice assistant on compatible devices[4]<br><br>• Dual beam-forming microphones and a motion & speech accelerometer for speech-detecting and elimination of background noise<br><br>https://www.beatsbydre.com/earphones/powerbeats-pro |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1j. an antenna connected to the wireless communication circuit; and | Beats Powerbeats Pro headphones include an antenna connected to the wireless communication circuit.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 1k. a rechargeable power source; and | Beats Powerbeats Pro headphones include a rechargeable power source.<br><br>**Power. Play.**<br><br>Long hours of training? Marathons? Bring it. Each earbud has up to 9 hours of listening time so you can keep your music going. With the charging case, you'll get more than 24 hours of combined playback. If you're in need of extra juice, 5-minute Fast Fuel charging gives 1.5 hours of playback when the battery is low.[1] To further conserve battery life, Auto On/Off sensors detect when earbuds are idle and automatically enter sleep mode. When you're ready to use them again, simply put them back in your ears and you'll be off and running. Now, you can spend less time worrying about charging and more time charging forward.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 1 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 11. a docking station for holding at least the first wireless earphone, wherein the docking station comprises a power cable for connecting to an external device to power the docking station, and wherein the docking station is for charging at least the first wireless earphone when the first wireless earphone is placed in the docking station. | Beats Powerbeats Pro headphones include a docking station for holding at least the first wireless earphone, wherein the docking station comprises a power cable for connecting to an external device to power the docking station, and wherein the docking station is for charging at least the first wireless earphone when the first wireless earphone is placed in the docking station.<br><br><br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 2 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro ||
|---|---|
| 2a. The headphones of claim 1, wherein: | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones. |
| 2b. the wireless communication circuits are for receiving, wirelessly, streaming audio content; | The wireless communication circuits of Beats Powerbeats Pro headphones are for receiving, wirelessly, streaming audio content.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |
| 2c. the at least one acoustic transducers are for playing the streaming audio content; and | The at least one acoustic transducers of Beats Powerbeats Pro headphones are for playing the streaming audio content.<br><br>**Sound like a pro**<br><br>We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| 2d. each of the first and second earphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer. | Each of the first and second earphone of Beats Powerbeats Pro headphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 3 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro ||
|---|---|
| 3. The headphones of claim 1, wherein the processor circuit for the first earphone is for, upon activation of a user control of the headphones, initiating transmission of a request to a remote network server that is remote from the headphones. | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones, wherein the processor circuit for the first earphone is for, upon activation of a user control of the headphones, initiating transmission of a request to a remote network server that is remote from the headphones.<br><br>**Just ask Siri.**<br><br>Talking to your favorite personal assistant is easier than ever. Simply say "Hey Siri" for voice-activated assistance without having to reach for your iPhone.[2] Powered by the new Apple H1 headphone chip, Powerbeats Pro deliver a faster and more stable wireless connection to your devices.[3]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 4 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 4. The headphones of claim 3, wherein the processor circuit of the first earphone is further for receiving a response to the request. | For at least the reasons set forth above in Claim 3, Beats Powerbeats Pro includes headphones, wherein the processor circuit of the first earphone is further for receiving a response to the request.<br><br>**Just ask Siri.**<br><br>Talking to your favorite personal assistant is easier than ever. Simply say "Hey Siri" for voice-activated assistance without having to reach for your iPhone.[2] Powered by the new Apple H1 headphone chip, Powerbeats Pro deliver a faster and more stable wireless connection to your devices.[3]<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 5 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 5. The headphones of claim 1, wherein the processor circuits are configured to transition from playing streaming audio content received wirelessly from a first digital audio source via a first communication link to playing streaming audio content received wirelessly from a second digital audio source via a second communication link based on, at least in part, a signal strength for the second wireless communication link. | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones, wherein the processor circuits are configured to transition from playing streaming audio content received wirelessly from a first digital audio source via a first communication link to playing streaming audio content received wirelessly from a second digital audio source via a second communication link based on, at least in part, a signal strength for the second wireless communication link.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 6 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 6a. The headphones of claim 5, wherein: | For at least the reasons set forth above in Claim 5, Beats Powerbeats Pro includes headphones. |
| 6b. the wireless communication circuits are for receiving, wirelessly, streaming audio content; | For at least the reasons set forth above in Claim 2b, the wireless communication circuits of Beats Powerbeats Pro headphones are for receiving, wirelessly, streaming audio content.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |
| 6c. the at least one acoustic transducers are for playing the streaming audio content; and | For at least the reasons set forth above in Claim 2c, the at least one acoustic transducers of Beats Powerbeats Pro headphones are for playing the streaming audio content.<br><br>**Sound like a pro**<br><br>We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| 6d. each of the first and second earphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer. | For at least the reasons set forth above in Claim 2d, each of the first and second earphone of Beats Powerbeats Pro headphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 7 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 7a. The headphones of claim 6, wherein the processor circuit of each of the first and second earphones comprises: | For at least the reasons set forth above in Claim 6, Beats Powerbeats Pro includes headphones, wherein the processor circuit of each of the first and second earphones comprises the following. |
| 7b. a digital signal processor that provides a sound quality enhancement for the audio content played by the at least one acoustic transducers of the earphone; and | Beats Powerbeats Pro headphones include a digital signal processor that provides a sound quality enhancement for the audio content played by the at least one acoustic transducers of the earphone.<br><br>**Sound like a pro**<br><br>We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| | |
|---|---|
| 7c. a baseband processor circuit that is in communication with the wireless communication circuit of the earphone. | Beats Powerbeats Pro headphones include a baseband processor circuit that is in communication with the wireless communication circuit of the earphone.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 8 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 8. The headphones of claim 7, wherein the rechargeable power source comprises a passive, wireless rechargeable power source. | For at least the reasons set forth above in Claim 7, Beats Powerbeats Pro includes headphones, wherein the rechargeable power source comprises a passive, wireless rechargeable power source.<br><br><br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 9 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 9. The headphones of claim 1, the processor circuits of the headphones are configured to receive firmware upgrades transmitted from a remote network server. | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones, wherein the processor circuits of the headphones are configured to receive firmware upgrades transmitted from a remote network server.<br><br>## Update your Beats wireless headphones or earphones<br><br>If you paired your Beats wireless headphones or earphones with your iPhone, iPad, or iPod touch, your Beats will update automatically. Make sure that you have the latest version of iOS or iPadOS and one of these Beats products:<br><br>• Powerbeats<br>• Powerbeats Pro<br>• Powerbeats3 Wireless<br>• Solo Pro<br>• Beats Solo3 Wireless<br>• Beats Studio3 Wireless<br>• BeatsX<br>• Beats Flex<br><br>If you paired your Beats with an Android device, download the Beats app for Android from the Google Play store to update your firmware.<br><br>https://support.apple.com/en-us/HT201127 |

| Infringement of Claim 10 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 10. The headphones of claim 9, wherein the headphone are configured to receive the firmware upgrades wirelessly. | For at least the reasons set forth above in Claim 9, Beats Powerbeats Pro includes headphones, wherein the headphones are configured to receive the firmware upgrades wirelessly. |

### Update your Beats wireless headphones or earphones

If you paired your Beats wireless headphones or earphones with your iPhone, iPad, or iPod touch, your Beats will update automatically. Make sure that you have the latest version of iOS or iPadOS and one of these Beats products:

- Powerbeats
- Powerbeats Pro
- Powerbeats3 Wireless
- Solo Pro
- Beats Solo3 Wireless
- Beats Studio3 Wireless
- BeatsX
- Beats Flex

If you paired your Beats with an Android device, download the Beats app for Android from the Google Play store to update your firmware.

https://support.apple.com/en-us/HT201127

| Infringement of Claim 11 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 11. The headphones of claim 10, wherein the processor circuits are configured to transition from playing streaming audio content received wirelessly from a first digital audio source via a first communication link to playing streaming audio content received wirelessly from a second digital audio source via a second communication link based on, at least in part, a signal strength for the second wireless communication link. | For at least the reasons set forth above in Claim 10, Beats Powerbeats Pro includes headphones, wherein the processor circuits are configured to transition from playing streaming audio content received wirelessly from a first digital audio source via a first communication link to playing streaming audio content received wirelessly from a second digital audio source via a second communication link based on, at least in part, a signal strength for the second wireless communication link.<br><br>**Automatic switching**<br><br>Seamlessly move between devices without manually switching your AirPods.¹⁰ If you finish a phone call on your iPhone and pick up your iPad to watch a movie, AirPods automatically switch over.<br><br>10. Works with AirPods Pro, AirPods (2nd generation), Powerbeats, Powerbeats Pro, and Beats Solo Pro. Requires an iCloud account, and iPhone or iPod with the latest version of iOS; iPad with the latest version of iPadOS; or Mac with the latest version of macOS.<br><br>https://www.apple.com/ios/ios-14/ |

| Infringement of Claim 12 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 12a. The headphones of claim 11, wherein the processor circuit of each of the first and second earphones comprises: | For at least the reasons set forth above in Claim 11, Beats Powerbeats Pro includes headphones, wherein the processor circuit of each of the first and second earphones comprises the following. |
| 12b. a digital signal processor that provides a sound quality enhancement for the audio content played by the at least one acoustic transducers of the earphone; and | For at least the reasons set forth above in Claim 7b, Beats Powerbeats Pro headphones include a digital signal processor that provides a sound quality enhancement for the audio content played by the at least one acoustic transducers of the earphone.<br><br>**Sound like a pro**<br><br>We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| 12c. a baseband processor circuit that is in communication with the wireless communication circuit of the earphone. | For at least the reasons set forth above in Claim 7c, Beats Powerbeats Pro headphones include a baseband processor circuit that is in communication with the wireless communication circuit of the earphone. |
|---|---|
| | **Wireless that works** |
| | Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4] |
| | https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 13 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 13a. The headphones of claim 12, wherein: | For at least the reasons set forth above in Claim 12, Beats Powerbeats Pro includes headphones. |
| 13b. the wireless communication circuits are for receiving, wirelessly, streaming audio content; | For at least the reasons set forth above in Claim 2b, the wireless communication circuits of Beats Powerbeats Pro headphones are for receiving, wirelessly, streaming audio content.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |
| 13c. the at least one acoustic transducers are for playing the streaming audio content; and | For at least the reasons set forth above in Claim 2c, the at least one acoustic transducers of Beats Powerbeats Pro headphones are for playing the streaming audio content.<br><br>**Sound like a pro**<br><br>We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| 13d. each of the first and second earphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer. | For at least the reasons set forth above in Claim 2d, each of the first and second earphone of Beats Powerbeats Pro headphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 14 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 14a. The headphones of claim 10, wherein: | For at least the reasons set forth above in Claim 10, Beats Powerbeats Pro includes headphones. |
| 14b. the wireless communication circuits are for receiving, wirelessly, streaming audio content; | For at least the reasons set forth above in Claim 2b, the wireless communication circuits of Beats Powerbeats Pro headphones are for receiving, wirelessly, streaming audio content.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |
| 14c. the at least one acoustic transducers are for playing the streaming audio content; and | For at least the reasons set forth above in Claim 2c, the at least one acoustic transducers of Beats Powerbeats Pro headphones are for playing the streaming audio content.<br><br>**Sound like a pro**<br><br>We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| | |
|---|---|
| 14d. each of the first and second earphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer. | For at least the reasons set forth above in Claim 2d, each of the first and second earphone of Beats Powerbeats Pro headphones comprises a buffer for caching the streaming audio content prior to being played by the at least one acoustic transducer.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 15 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 15a. The headphones of claim 1, wherein the processor circuit of the first earphone is configured to: | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones, wherein the processor circuit of the first earphone is configured to complete the below. |
| 15b. process audible utterances by the user picked by the microphone in response to activation of the microphone by the user; and | Beats Powerbeats Pro headphones process audible utterances by the user picked by the microphone in response to activation of the microphone by the user.<br><br>**Just ask Siri.**<br><br>Talking to your favorite personal assistant is easier than ever. Simply say "Hey Siri" for voice-activated assistance without having to reach for your iPhone.[2] Powered by the new Apple H1 headphone chip, Powerbeats Pro deliver a faster and more stable wireless connection to your devices.[3]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |
| 15c. transmit a communication based on the audible utterances via the Bluetooth wireless communication links. | Beats Powerbeats Pro headphones transmit a communication based on the audible utterances via the Bluetooth wireless communication links.<br><br>**Just ask Siri.**<br><br>Talking to your favorite personal assistant is easier than ever. Simply say "Hey Siri" for voice-activated assistance without having to reach for your iPhone.[2] Powered by the new Apple H1 headphone chip, Powerbeats Pro deliver a faster and more stable wireless connection to your devices.[3]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 16 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 16. The headphones of claim 1, wherein the rechargeable power source comprises wirelessly chargeable circuit components. | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones, wherein the rechargeable power source comprises wirelessly chargeable circuit components.<br><br><br><br>**Power. Play.**<br><br>Long hours of training? Marathons? Bring it. Each earbud has up to 9 hours of listening time so you can keep your music going. With the charging case, you'll get more than 24 hours of combined playback. If you're in need of extra juice, 5-minute Fast Fuel charging gives 1.5 hours of playback when the battery is low.[1] To further conserve battery life, Auto On/Off sensors detect when earbuds are idle and automatically enter sleep mode. When you're ready to use them again, simply put them back in your ears and you'll be off and running. Now, you can spend less time worrying about charging and more time charging forward.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 17 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 17. The headphones of claim 1, wherein the rechargeable power source comprises a passive, wireless rechargeable power source. | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones, wherein the rechargeable power source comprises a passive, wireless rechargeable power source.<br><br><br><br>**Power. Play.**<br><br>Long hours of training? Marathons? Bring it. Each earbud has up to 9 hours of listening time so you can keep your music going. With the charging case, you'll get more than 24 hours of combined playback. If you're in need of extra juice, 5-minute Fast Fuel charging gives 1.5 hours of playback when the battery is low.[1] To further conserve battery life, Auto On/Off sensors detect when earbuds are idle and automatically enter sleep mode. When you're ready to use them again, simply put them back in your ears and you'll be off and running. Now, you can spend less time worrying about charging and more time charging forward.<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| Infringement of Claim 18 of U.S. Patent No. 10,506,325 by Beats Powerbeats Pro | |
|---|---|
| 18a. The headphones of claim 1, wherein the processor circuit of each of the first and second earphones comprises: | For at least the reasons set forth above in Claim 1, Beats Powerbeats Pro includes headphones, wherein the processor circuit of each of the first and second earphones comprises the following. |
| 18b. a digital signal processor that provides a sound quality enhancement for the audio content played by the at least one acoustic transducers of the earphone; and | For at least the reasons set forth above in Claim 7b, Beats Powerbeats Pro headphones include a digital signal processor that provides a sound quality enhancement for the audio content played by the at least one acoustic transducers of the earphone. **Sound like a pro** We listened to real athletes with the aim of designing wireless earphones that matched their toughest workouts—and we heard over and over that sound was their top priority. Powerbeats Pro boast powerful, balanced audio thanks to an entirely redesigned acoustic package that delivers pure sound reproduction, enhanced clarity, and improved dynamic range. Because great sound starts with proper fit, these earphones were also crafted with a focus on ergonomic comfort to give you the best listening experience possible. https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |

| | |
|---|---|
| 18c. a baseband processor circuit that is in communication with the wireless communication circuit of the earphone. | For at least the reasons set forth above in Claim 7c, Beats Powerbeats Pro headphones include a baseband processor circuit that is in communication with the wireless communication circuit of the earphone.<br><br>**Wireless that works**<br><br>Powerbeats Pro are ready to go when you are. With Class 1 Bluetooth technology, these wireless earphones offer extended range and fewer dropouts so they stay connected as you keep moving. Each earbud connects independently to your device for better connectivity and freedom of use for music and phone calls. A voice accelerometer and multiple microphones target your voice and filter out external noise. They instantly set up—just open the case and hold near your iPhone—and then automatically connect to your Apple Watch, iPad, or Mac.[4]<br><br>https://www.apple.com/shop/product/MXY82/powerbeats-pro-totally-wireless-earphones-glacier-blue |