IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KOSS CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No.    6:20-cv-00665-ADA<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

The Court enters the following scheduling order:

| DATE | EVENT |
|---|---|
| February 22, 2022 | Close of Fact Discovery. |
| March 11, 2022 | Opening Expert Reports. |
| April 1, 2022 | Rebuttal Expert Reports. |
| April 22, 2022 | Close of Expert Discovery. |
| April 22, 2022 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| May 6, 2022 | Dispositive motion deadline and *Daubert* motion deadline. |
| May 20, 2022 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| June 3, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |

| DATE | EVENT |
|---|---|
| June 10, 2022 | Serve objections to rebuttal disclosures and File Motions *in limine* |
| June 17, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to Motions *in limine*. |
| June 24, 2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on Motions *in limine*. |
| July 1, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on Motions *in limine*. |
| August 18, 2022 1:30 PM | Pretrial Conference. |
| July 21 or 22, 2022 | Jury Selection.  Date determined by Judge Manske's schedule. |
| July 25, 2022 | Trial. |

SIGNED this 22nd day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE