IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KOSS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.    6:20-cv-00665-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Koss Corporation ("Koss") and Defendant Apple Inc. ("Apple") hereby state that the parties have resolved all matters in controversy between them. Accordingly, Koss and Apple stipulate that the claims brought by Koss against Apple should be dismissed WITH PREJUDICE and the claims brought by Apple against Koss in the above-captioned action (including any consolidated action) should be dismissed WITHOUT PREJUDICE.

For this reason, Koss and Apple ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: July 23, 2022                                                                      Respectfully submitted,

| | |
|---|---|
| By: */s/ Benjamin E. Weed*<br>    Darlene F. Ghavimi<br>    Texas Bar No. 24072114<br>    **K&L GATES LLP**<br>    2801 Via Fortuna, Suite #350<br>    Austin, TX 78746<br>    Tel: (512) 482-6800<br>    Fax: (512) 482-6859 | By: */s/ Michael T. Pieja*<br>    Michael T. Pieja (*pro hac vice*)<br>    Alan E. Littmann (*pro hac vice*)<br>    Doug Winnard (*pro hac vice*)<br>    Brian O'Donoghue (*pro hac vice*)<br>    Samuel E. Schoenburg (*pro hac vice*)<br>    Jennifer M. Hartjes (*pro hac vice*)<br>    Sarah Kinter (*pro hac vice* to be filed) |

darlene.ghavimi@klgates.com

Jim Shimota (admitted *pro hac vice*)
Benjamin E. Weed
(admitted *pro hac vice*)
Philip A. Kunz
(admitted *pro hac vice*)
Erik J. Halverson
(admitted *pro hac vice*)
Gina E. Johnson
(admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
benjamin.weed@klgates.com
philip.kunz@klgates.com
erik.halverson@klgates.com
gina.johnson@klgates.com

Peter E. Soskin
(admitted *pro hac vice*)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

David N. Deaconson
State Bar No. 05673400
**PAKIS, GIOTES, PAGE & BURLESON**
P.O. Box 58
Waco, TX 76703-0058
(254) 297-7300
Fax: 254-297-7301
Email: deaconson@pakislaw.com

*Counsel for Plaintiff Koss Corporation*

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
bodonoghue@goldmanismail.com
sschoenburg@goldmanismail.com
jhartjes@goldmansimail.com
skinter@goldmanismail.com

Stephen E. McConnico
State Bar No. 13450300
Steven J. Wingard
State Bar No. 00788694
Stephen L. Burbank
State Bar No. 24109672
Paige Arnette Amstutz
State Bar No. 00796136
**SCOTT DOUGLASS & MCCONNICO**
Colorado Tower
303 Colorado St., Ste. 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399
smcconnico@scottdoug.com
swingard@scottdoug.com
sburbank@scottdoug.com
pamstutz@scottdoug.com

*Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2022, a true and correct copy of the foregoing document was served on all counsel of record by email.

*/s/ Benjamin E. Weed*
BENJAMIN E. WEED