IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KOSS CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>     Defendant. | Case No.     6:20-cv-00665-ADA |

## ORDER OF DISMISSAL

On the 23rd day of July 2022, Plaintiff KOSS CORPORATION and Defendant APPLE INC., announced to the Court through their stipulation that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by KOSS CORPORATION herein are dismissed, with prejudice, and all claims/counterclaims for relief against KOSS CORPORATION by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that the jury selection and trial set for July 25, 2022 are CANCELED, and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this 23rd day of July 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE